
**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
302 984-6279
302 658-1192 Fax
sdiluzio@potteranderson.com

May 20, 2005

**ELECTRONIC FILING via CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    **Miller v. Computer Sciences Corporation,
              C.A. No. 05-010-JJF**

Dear Judge Farnan:

      Pursuant to the Court's letter of May 5, 2005, enclosed please find the parties' proposed scheduling order. The parties are in agreement with respect to the details and dates set forth in the proposed order.

                                    Respectfully,

                                    Sarah E. DiLuzio
                                    Delaware Bar I.D. 4085

SED/drt
Enclosure

cc:    Clerk of the Court (Electronic filing via CM/ECF)
        Jeffrey K. Martin, Esquire (Electronic filing via CM/ECF)

683426