IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>        Defendant. | Civil Action No. 05-010-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Computer Sciences Corporation, hereby certifies that true and correct copies of Computer Sciences Corporation's Initial Disclosures Pursuant to Rule 26(a) were caused to be served on June 14, 2005 on the attorney of record at the following address as indicated:

**VIA HAND DELIVERY**

Jeffrey K. Martin
Timothy J. Wilson
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

Counsel for Plaintiffs

Of Counsel:

Larry R. Seegull
DLA PIPER RUDNICK
GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-4253 (direct)

POTTER ANDERSON & CORROON LLP

By: _____
     Sarah E. DiLuzio (# 4085)
     1313 North Market Street
     6th Floor, P. O. Box 951
     Wilmington, Delaware 19801
     (302) 984-6000 (general)
     (302) 984-6279 (direct)

| | |
|---|---|
| (410) 580-3253 (fax) | (302) 658-1192 (fax) |
| larry.seegull@dlapiper.com | sdiluzio@potteranderson.com |
| | |
| Dated:  June 14, 2005 | Counsel for Defendant |
| | COMPUTER SCIENCES CORPORATION |

PAC/686393v1

2