IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>      Defendant. | Civil Action No. 05-010-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Linda M. Boyd of DLA Piper Rudnick Gray Cary US LLP, 6225 Smith Avenue, Baltimore, Maryland, 21209, to represent defendant Computer Sciences Corporation in this matter.

                                    POTTER ANDERSON & CORROON LLP

                                    By: _____
                                          Sarah E. DiLuzio (I.D. # 4085)
                                          Hercules Plaza, 6th Floor
                                          1313 N. Market Street
                                          Wilmington, DE  19801
                                          Telephone (302) 984-6000
                                          sdiluzio@potteranderson.com
                                          *Attorneys for Defendant*
Dated:  September 7, 2005              *Computer Sciences Corporation*

## ORDER GRANTING MOTION

**IT IS ORDERED** that the Motion for Admission Pro Hac Vice is **GRANTED** this _____ day of _____, 2005.

                                          _____
                                          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>        Defendant. | Civil Action No. 05-010-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the United States District Court for the District of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 6, 2005

Signed: *Linda M. Boyd*
Linda M. Boyd, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland, 21209
Telephone: (410) 580-4157

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2005, I electronically filed true and correct copies of the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record

> Jeffrey K. Martin
> Timothy J. Wilson
> MARGOLIS EDELSTEIN
> 1509 Gilpin Avenue
> Wilmington, DE 19806
> Counsel for Plaintiffs

> _____
> Sarah E. DiLuzio (#4085)
> Potter Anderson & Corroon LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> Wilmington, Delaware 19899-0951
> (302) 984-6000 – Telephone
> (302) 658-1192 – Facsimile
> sdiluzio@potteranderson.com

697635