IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN MILLER, *et al.*,

        Plaintiffs,

v.

COMPUTER SCIENCES CORPORATION,

        Defendant

Civil Action No. 05-010-JJF

## DEFENDANT'S NOTICE TO TAKE DEPOSITIONS OF PLAINTIFFS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Computer Sciences Corporation ("Defendant"), by its undersigned attorneys, will take the depositions of the following Plaintiffs:

| | | |
|---|---|---|
| Brian Miller | Dawn M. Hauck | Robert W. Peterson |
| Hector Calderon | Rolland Green | Susan M. Pokoiski |
| Charles Folwell | Kevin Keir | Dan P. Rollins |
| Ashby Lincoln | Karen Masino | William Sperati |

by oral testimony before an officer duly authorized to administer an oath, commencing on November 2, 2005, beginning at 9:00 a.m., at the offices of Potter Anderson & Corroon LLP, located at 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, Delaware 19801. The depositions shall continue thereafter until terminated by counsel for Defendant. Plaintiffs should bring to the deposition and produce any and all documents which support, refer or relate to any and all claims Plaintiffs have alleged in this lawsuit, as well as any and all alleged damages. The depositions will be recorded stenographically and/or videographically and/or

audiographically, before a Notary Public or other officer authorized to administer oaths in

Delaware, and will be for the purpose of discovery of evidence and for use at trial.


Of Counsel:                                    Respectfully submitted,

Larry R. Seegull                               _____
DLA PIPER RUDNICK                              Sarah E. DiLuzio (4085)
GRAY CARY US LLP                               POTTER ANDERSON & CORROON LLP
6225 Smith Avenue                              1313 North Market Street 6th Floor, P. O. Box 951
Baltimore, Maryland 21209                      Wilmington, Delaware  19801
(410) 580-3000 (general)                       (302) 984-6000 (general)
(410) 580-4253 (direct)                        (302) 984-6279 (direct)
(410) 580-3253 (fax)                           (302) 658-1192 (fax)
larry.seegull@dlapiper.com                     sdiluzio@potteranderson.com


Dated: September 13, 2005                      Counsel for Defendant
                                               *Computer Sciences Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2005, I electronically filed true and correct copies of the foregoing **DEFENDANT'S NOTICE TO TAKE DEPOSITIONS OF PLAINTIFFS** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record

>Jeffrey K. Martin
>Timothy J. Wilson
>MARGOLIS EDELSTEIN
>1509 Gilpin Avenue
>Wilmington, DE 19806
>Counsel for Plaintiffs

>Sarah E. DiLuzio (#4085)
>Potter Anderson & Corroon LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000 – Telephone
>(302) 658-1192 – Facsimile
>sdiluzio@potteranderson.com

698776