IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>       Defendant. | Civil Action No. 05-010-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Computer Sciences Corporation, hereby certifies that true and correct copies of Defendant Computer Sciences Corporation's **FIRST SET OF GROUP INTERROGATORIES TO PLAINTIFFS** were caused to be served on September 13, 2005 on the attorney of record at the following address as indicated:

### HAND DELIVERY

Jeffrey K. Martin
Timothy J. Wilson
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

Of Counsel:

Larry R. Seegull
DLA PIPER RUDNICK
GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-4253 (direct)

POTTER ANDERSON & CORROON LLP

By: _____
    Sarah E. DiLuzio (# 4085)
    1313 North Market Street
    6th Floor, P. O. Box 951
    Wilmington, Delaware 19801
    (302) 984-6000 (general)
    (302) 984-6279 (direct)

2

| | |
|---|---|
| (410) 580-3253 (fax) | (302) 658-1192 (fax) |
| larry.seegull@dlapiper.com | sdiluzio@potteranderson.com |
| Dated: September 13, 2005 | Counsel for Defendant<br>*COMPUTER SCIENCES CORPORATION* |

PAC/698776

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2005, the attached document was hand delivered to the following attorney of record and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing, to the following and the document is available for viewing and downloading from CM/ECF:

**BY HAND DELIVERY**

Jeffrey K. Martin
Timothy J. Wilson
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

_____
Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
sdiluzio@potteranderson.com

698776