IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br>　　　　　Defendant. | Civil Action No. 05-010-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, Computer Sciences Corporation, hereby certifies that true and correct copies of **DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFFS** were caused to be served on September 13, 2005 on the following attorney of record in the manner indicated:

**BY HAND DELIVERY**
Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE  19806

| Of Counsel: | Respectfully submitted, |
|---|---|
| Larry R. Seegull<br>DLA PIPER RUDNICK<br>GRAY CARY US LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>(410) 580-3000 (general)<br>(410) 580-4253 (direct)<br>(410) 580-3253 (fax) | _____<br>Sarah E. DiLuzio (4085)<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street 6th Floor, P. O. Box 951<br>Wilmington, Delaware  19801<br>(302) 984-6000 (general)<br>(302) 984-6279 (direct)<br>(302) 658-1192 (fax) |

larry.seegull@dlapiper.com                sdiluzio@potteranderson.com

Dated: September 13, 2005                 Counsel for Defendant
                                          COMPUTER SCIENCES CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2005, the attached document was hand delivered to the following attorney of record and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**BY HAND DELIVERY**

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE  19806

By: _____
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
sdiluzio@potteranderson.com