IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; CHARLES FOLWELL; ROLLAND GREEN; DAWN M. HAUCK; KEVIN KEIR; ASHBY LINCOLN; KAREN MASINO; ROBERT W. PETERSON; SUSAN M. POKOISKI; DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF |
| Plaintiffs, | : JURY TRIAL DEMANDED |
| v. | : |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : |
| Defendant. | : |

## CERTIFICATION

I, Timothy J. Wilson, do hereby certify that pursuant to Local District Court Civil Rule 16.5(2), a copy of **Plaintiffs' Motion for Extension of the Deadline for Completion of Discovery and Order** was went to all of the Plaintiffs in the above captioned matter on September 16, 2005 via first class U.S. Mail, postage prepaid.

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (I.D. #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4680 FAX
twilson@margolisedelstein.com
*Attorney for Plaintiffs*