IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; <br> CHARLES FOLWELL; ROLLAND GREEN; <br> DAWN M. HAUCK; KEVIN KEIR; <br> ASHBY LINCOLN; KAREN MASINO; <br> ROBERT W. PETERSON; SUSAN M. POKOISKI; <br> DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF |
| Plaintiffs, | : JURY TRIAL DEMANDED |
| v. | : |
| COMPUTER SCIENCES CORPORATION, <br> a Delaware Corporation, | : <br> : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esquire, do hereby certify that on September 16, 2005, I electronically filed *Plaintiffs' Motion for Extension of the Deadline for Completion of Discovery and Order* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Sarah DiLuzio, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson
Timothy J. Wilson, Esquire (I.D. #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4680 FAX
twilson@margolisedelstein.com
*Attorney for Plaintiffs*