IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; CHARLES FOLWELL; ROLLAND GREEN; DAWN M. HAUCK; KEVIN KEIR; ASHBY LINCOLN; KAREN MASINO; ROBERT W. PETERSON; SUSAN M. POKOISKI; DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF <br> : |
| Plaintiffs, | : JURY TRIAL DEMANDED |
| v. | : |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : <br> : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Timothy J. Wilson, Esquire, do hereby certify that on September 21, 2005, two trued and correct copies of *Plaintiff's First Requests for Admission* were caused to be served on the following attorney of record by hand delivery:

Sarah DiLuzio, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (I.D. #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4680 FAX
twilson@margolisedelstein.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esquire, do hereby certify that on September 21, 2005, I electronically filed *Notice of Service* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Sarah DiLuzio, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

MARGOLIS EDELSTEIN

_____
Timothy J. Wilson, Esquire (I.D. #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4680 FAX
twilson@margolisedelstein.com
*Attorney for Plaintiffs*