IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; <br> CHARLES FOLWELL; ROLLAND GREEN; <br> DAWN M. HAUCK; KEVIN KEIR; <br> ASHBY LINCOLN; KAREN MASINO; <br> ROBERT W. PETERSON; SUSAN M. POKOISKI; <br> DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF <br> : |
| Plaintiffs, | : JURY TRIAL DEMANDED <br> : |
| v. | : <br> : |
| COMPUTER SCIENCES CORPORATION, <br> a Delaware Corporation, | : <br> : <br> : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certify that two (2) true and correct copies of the *Plaintiff's Answers to Defendant's First Set of Interrogatories to Susan Pokoiski* were delivered by courier service, to the following:

Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon, LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

MARGOLIS EDELSTEIN

*[signature]*

TIMOTHY J. WILSON (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
Attorneys for Plaintiff

Dated: October 14, 2005

9