IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON;<br>CHARLES FOLWELL; ROLLAND GREEN;<br>DAWN M. HAUCK; KEVIN KEIR;<br>ASHBY LINCOLN; KAREN MASINO;<br>ROBERT W. PETERSON; SUSAN M. POKOISKI;<br>DAN P. ROLLINS; and WILLIAM SPERATI, | :<br>:<br>:<br>:<br>:<br>: C.A. No. 05-010-JJF |
| Plaintiffs, | : JURY TRIAL DEMANDED |
| v. | : |
| COMPUTER SCIENCES CORPORATION,<br>a Delaware Corporation, | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certify that two (2) true and correct copies of the *Plaintiff's Answers to Defendant's First Request for Production of Documents and Tangible Things to Plaintiff William Sperati* were delivered by courier service, to the following:

Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon, LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

MARGOLIS EDELSTEIN

_____
TIMOTHY J. WILSON (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
Attorney for Plaintiffs

Dated: October 14, 2005

14