IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; CHARLES FOLWELL; ROLLAND GREEN; DAWN M. HAUCK; KEVIN KEIR; ASHBY LINCOLN; KAREN MASINO; ROBERT W. PETERSON; SUSAN M. POKOISKI; DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF |
| Plaintiffs, | : JURY TRIAL DEMANDED |
| v. | : |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certify that two (2) true and correct copies of the *Plaintiff's Answers to Defendant's First Request for Production of Documents and Tangible Things to Plaintiff Karen Masino* were delivered by courier service, to the following:

Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon, LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

                              MARGOLIS EDELSTEIN

                              /s/ Timothy J. Wilson
                              TIMOTHY J. WILSON (#4323)
                              1509 Gilpin Avenue
                              Wilmington, DE 19806
                              (302) 777-4680
                              (302) 777-4682 fax

Dated: October 14, 2005           Attorney for Plaintiffs