

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 7, 2005

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    *Miller v. Computer Sciences Corporation,*
               C.A. No. 05-010-JJF

Dear Judge Farnan:

      Enclosed please find the parties' Joint Stipulation and Protective Order Regarding Production and Use of Confidential Information. The parties are in agreement with respect to the details set forth in the proposed order.

      Counsel are available at the Court's convenience if Your Honor has any questions.

                                           Respectfully,

                                           David E. Moore

DEM:nmt
706481 / 27747-002

cc:  Clerk of the Court (Electronic filing via CM/ECF)
      Timothy J. Wilson, Esquire (Electronic filing via CM/ECF)
      Larry R. Seegull, Esquire (via email)