**EXHIBIT A**

**PROMISE OF CONFIDENTIALITY**

STATE OF _____ )
                          ) TO WIT:
COUNTY OF _____ )

_____, being duly sworn, deposes and says:

I have read the Joint Stipulation and Protective Order Regarding Production and Use of Confidential Information ("Protective Order") in the case of *Miller v. Computer Sciences Corp.*, dated _____, 2005, and I agree to abide by that Protective Order and not reveal or otherwise communicate any of the confidential information disclosed to me to anyone, except in accordance with the terms of the Protective Order. I further agree not to make any copies of any documents disclosed to me pursuant to the Protective Order, and I agree to return all documents at the conclusion of this action to the counsel for the party who disclosed them to me.

_____
Name

_____
Signature

SWORN TO ME ON THIS _____ day of _____, 2004.

_____
Notary Public

My Commission Expires: _____