IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br>        Defendant. | Civil Action No. 05-010-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, Computer Sciences Corporation, hereby certifies that true and correct copies of **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION; and DEFENDANT'S ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT** were caused to be served on November 10, 2005 on the following attorney of record in the manner indicated:

**BY HAND DELIVERY**
Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

                              POTTER ANDERSON & CORROON LLP

Of Counsel:                            */s/ David E. Moore*
                                    David E. Moore, Esquire (#3983)
Larry R. Seegull               Sarah E. DiLuzio, Esquire (#4085)
Linda M. Boyd                1313 North Market Street
DLA PIPER RUDNICK        6th Floor, P.O. Box 951
GRAY CARY U.S. LLP        Wilmington, Delaware 19801
6225 Smith Avenue           (302) 984-6000 (general)
Baltimore, Maryland 21209   (302) 984-6147 (direct)
(410) 580-3000 (general)      (302) 658-1192 (fax)
(410) 580-4253 (direct)        dmoore@potteranderson.com
(410) 580-3253 (fax)
larry.seegull@piperrudnick.com  *Attorneys for Defendant,*
                                      *Computer Sciences Corporation*

Dated: November 10, 2005
707054 / 27747-002

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 10, 2005, the attached document was hand delivered to the following attorney of record and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**<u>BY HAND DELIVERY</u>**

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

                                                By: */s/ David E. Moore*
                                                    David E. Moore, Esquire (#3983)
                                                    Hercules Plaza, 6th Floor
                                                    1313 N. Market Street
                                                    Wilmington, Delaware 19899-0951
                                                    (302) 984-6000
                                                    dmoore@potteranderson.com