IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; CHARLES FOLWELL; ROLLAND GREEN; DAWN M. HAUCK; KEVIN KEIR; ASHBY LINCOLN; KAREN MASINO; ROBERT W. PETERSON; SUSAN M. POKOISKI; DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF |
| Plaintiffs, | : JURY TRIAL DEMANDED |
| v. | : |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : |
| Defendant. | : |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and upon agreement of all parties to this lawsuit, it is hereby stipulated and agreed to dismiss Plaintiff Rolland Green from the above captioned matter with prejudice.

| | |
|---|---|
| MARGOLIS EDELSTEIN | POTTER ANDERSON & CORROON LLP |
| /s/ Timothy J. Wilson | /s/ David E. Moore |
| Timothy J. Wilson, Esquire (DE # 4323) | David E. Moore (DE # 3983) |
| 1509 Gilpin Avenue | Sarah E. DiLuzio (DE # 4085) |
| Wilmington, Delaware 19806 | Hercules Plaza - 6th Floor |
| (302) 777-4680 | 1313 North Market Street |
| | P. O. Box 951 |
| *Attorney for Plaintiffs* | Wilmington, Delaware 19801 |
| | (302) 984-6147 |
| | *Attorney for Defendant* |
| | *Computer Sciences Corporation* |

SO ORDERED this ___day of _____,2005.

_____
**UNITED STATES DISTRICT JUDGE**