IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; CHARLES FOLWELL; ROLLAND GREEN; DAWN M. HAUCK; KEVIN KEIR; ASHBY LINCOLN; KAREN MASINO; ROBERT W. PETERSON; SUSAN M. POKOISKI; DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : : <br> : C.A. No. 05-010-JJF |
| Plaintiffs, | : JURY TRIAL DEMANDED |
| v. | : |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : |
| Defendant. | : |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and upon agreement of all parties to this lawsuit, it is hereby stipulated and agreed to dismiss Plaintiff Rolland Green from the above captioned matter with prejudice.

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson
Timothy J. Wilson, Esquire (DE # 4323)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680

*Attorney for Plaintiffs*

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore
David E. Moore (DE # 3983)
Sarah E. DiLuzio (DE # 4085)
Hercules Plaza - 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19801
(302) 984-6147

*Attorney for Defendant*
*Computer Sciences Corporation*

SO ORDERED this 14 day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE