IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMPUTER SCIENCES CORPORATION, <br><br> Defendant. | Civil Action No. 05-010-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, Computer Sciences Corporation, hereby certifies that true and correct copies of **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT** were caused to be served on November 29, 2005 on the following attorney of record in the manner indicated:

**BY HAND DELIVERY**
Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| Of Counsel: | /s/ David E. Moore |
|  | David E. Moore, Esquire (#3983) |
| Larry R. Seegull | Sarah E. DiLuzio, Esquire (#4085) |
| Linda M. Boyd | 1313 North Market Street |
| DLA PIPER RUDNICK | 6th Floor, P.O. Box 951 |
| GRAY CARY U.S. LLP | Wilmington, Delaware 19801 |
| 6225 Smith Avenue | (302) 984-6000 (general) |
| Baltimore, Maryland 21209 | (302) 984-6147 (direct) |
| (410) 580-3000 (general) | (302) 658-1192 (fax) |
| (410) 580-4253 (direct) | dmoore@potteranderson.com |
| (410) 580-3253 (fax) |  |
| larry.seegull@piperrudnick.com | *Attorneys for Defendant,* |
| linda.Boyd@dlapiper.com | *Computer Sciences Corporation* |

Dated: November 30, 2005
709144 / 27747-002

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2005, the attached document was hand delivered to the following attorney of record and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**BY HAND DELIVERY**

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

By: */s/ David E. Moore*
David E. Moore, Esquire (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
dmoore@potteranderson.com