IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br>    Defendant. | C.A. No. 05-010-JJF |

### DEFENDANT'S NOTICE TO TAKE THE
### DEPOSITION OF PLAINTIFF WILLIAM SPERATI

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Computer Sciences Corporation ("Defendant"), by its undersigned attorneys, will take the deposition of Plaintiff William Sperati ("Plaintiff") by oral testimony before an officer duly authorized to administer an oath, commencing on January 12, 2006, beginning at 9:00 a.m., at the offices of Potter Anderson & Corroon LLP, located at 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, Delaware 19801. The deposition shall continue thereafter until terminated by counsel for Defendant. Plaintiff should bring to the deposition and produce any and all documents which support, refer or relate to any and all claims Plaintiff has alleged in this lawsuit, as well as any and all alleged damages. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| Of Counsel: | /s/ David E. Moore |
|  | David E. Moore, Esquire (#3983) |
| Larry R. Seegull | Sarah E. DiLuzio, Esquire (#4085) |
| Linda M. Boyd | 1313 North Market Street |
| DLA PIPER RUDNICK | 6th Floor, P.O. Box 951 |
| GRAY CARY U.S. LLP | Wilmington, Delaware 19801 |
| 6225 Smith Avenue | (302) 984-6000 (general) |
| Baltimore, Maryland 21209 | (302) 984-6147 (direct) |
| (410) 580-3000 (general) | (302) 658-1192 (fax) |
| (410) 580-4253 (direct) | dmoore@potteranderson.com |
| (410) 580-3253 (fax) |  |
| larry.seegull@piperrudnick.com | *Attorneys for Defendant,* |
| linda.Boyd@dlapiper.com | *Computer Sciences Corporation* |

Dated: January 6, 2006
713946 / 27747-002

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, the attached document was hand delivered to the following attorney of record and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806

By: /s/ David E. Moore
David E. Moore, Esquire (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
dmoore@potteranderson.com