## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRIAN MILLER; HECTOR CALDERON;** | : |
| **CHARLES FOLWELL; ROLLAND GREEN;** | : |
| **DAWN M. HAUCK; KEVIN KEIR;** | : |
| **ASHBY LINCOLN; KAREN MASINO;** | : |
| **ROBERT W. PETERSON; SUSAN M. POKOISKI;** | : |
| **DAN P. ROLLINS; and WILLIAM SPERATI,** | : **C.A. No. 05-010-JJF** |
| | : |
| **Plaintiffs,** | : **JURY TRIAL DEMANDED** |
| | : |
| **v.** | : |
| | : |
| **COMPUTER SCIENCES CORPORATION,** | : |
| **a Delaware Corporation,** | : |
| | : |
| **Defendant.** | : |

### NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiffs in the above-

captioned case, hereby certify that two (2) true and correct copies of the *Plaintiff's*

*Answers to Defendant's First Set of Interrogatories to Hector Calderon* were delivered

by US mail, prepaid, to the following:

| | |
|---|---|
| Sarah E. DiLuzio (#4085) | Larry Seegull, Esquire |
| Potter Anderson & Corroon, LLP | DLA Piper Rudnick Gray Cary US LLP |
| Hercules Plaza – 6th Floor | The Marbury Building |
| 1313 North Market Street | 6225 Smith Avenue |
| P.O. Box 951 | Baltimore, Maryland 21209 |
| Wilmington, Delaware 19899 | |

MARGOLIS EDELSTEIN

TIMOTHY J. WILSON (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
*Attorney for Plaintiffs*

Dated: January 11, 2006