**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRIAN MILLER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-10-JJF |
| | : | |
| COMPUTER SCIENCES CORP., | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

At Wilmington this **13th** day of **January, 2006**,

IT IS ORDERED that **dress** for the mediation scheduled for Friday, January 27, 2006 at 10:00 a.m. with Magistrate Judge Thynge is **casual.** All other provisions of the Court's August 8, 2005 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE