IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; <br> CHARLES FOLWELL; ROLLAND GREEN; <br> DAWN M. HAUCK; KEVIN KEIR; <br> ASHBY LINCOLN; KAREN MASINO; <br> ROBERT W. PETERSON; SUSAN M. POKOISKI; <br> DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF <br> : |
| Plaintiffs, | : JURY TRIAL DEMANDED <br> : |
| v. | : <br> : |
| COMPUTER SCIENCES CORPORATION, <br> a Delaware Corporation, | : <br> : <br> : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certify that two (2) true and correct copies of the *Plaintiff's Answers to Defendant's First Set of Interrogatories to Charles Folwell* were delivered by US mail, prepaid, to the following:

| Sarah E. DiLuzio (#4085) <br> Potter Anderson & Corroon, LLP <br> Hercules Plaza – 6th Floor <br> 1313 North Market Street <br> P.O. Box 951 <br> Wilmington, Delaware 19899 | Larry Seegull, Esquire <br> DLA Piper Rudnick Gray Cary US LLP <br> The Marbury Building <br> 6225 Smith Avenue <br> Baltimore, Maryland 21209 |
|---|---|

MARGOLIS EDELSTEIN

_____
TIMOTHY J. WILSON (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
*Attorney for Plaintiffs*

Dated: January 24, 2006

9