IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>        Defendant. | Civil Action No. 05-010-JJF |

**DEFENDANT'S AMENDED NOTICE TO TAKE THE
DEPOSITION OF PLAINTIFF KEVIN KEIR**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Computer Sciences Corporation ("Defendant"), by its undersigned attorneys, will take the deposition of Plaintiff Kevin Keir ("Plaintiff") by oral testimony before an officer duly authorized to administer an oath, commencing on February 16, 2006, beginning at 4:00 p.m., at the offices of Potter Anderson & Corroon LLP, located at 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, Delaware 19801. The deposition shall continue thereafter until terminated by counsel for Defendant. Plaintiff should bring to the deposition and produce any and all documents which support, refer or relate to any and all claims Plaintiff has alleged in this lawsuit, as well as any and all alleged damages. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

| Of Counsel: | Respectfully submitted, |
|---|---|
| Larry R. Seegull<br>Linda M. Boyd<br>DLA PIPER RUDNICK<br>GRAY CARY US LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>(410) 580-3000 (general)<br>(410) 580-4253 (direct)<br>(410) 580-3253 (fax)<br>larry.seegull@dlapiper.com | /s/ Sarah E. DiLuzio<br>Sarah E. DiLuzio (#4085)<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street, 6th Floor<br>P. O. Box 951<br>Wilmington, Delaware  19801<br>(302) 984-6000 (general)<br>(302) 984-6279 (direct)<br>(302) 658-6279  (fax)<br>sdiluzio@potteranderson.com |
| Dated:  January 26, 2006 | Counsel for Defendant<br>COMPUTER SCIENCES CORPORATION |

#716999

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January, 2006, two copies of the foregoing Defendant's Amended Notice to Take The Deposition of Kevin Keir were sent by hand delivery to:

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
Counsel for Plaintiffs.

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio