## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-10-JJF |
| COMPUTER SCIENCES CORP., | : |
| Defendant. | : |

### ORDER

At Wilmington this **30th** day of **January, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Monday, April 3, 2006 at 8:00 a.m.** with Judge Thynge to discuss the status of the case. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE