# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRIAN MILLER, *et al.*,

                Plaintiffs,

      v.

COMPUTER SCIENCES CORPORATION,

                Defendant.

Civil Action No. 05-010-JJF

## DEFENDANT'S AMENDED NOTICE TO TAKE THE
## DEPOSITION OF PLAINTIFF DAWN M. HAUCK

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Computer Sciences Corporation ("Defendant"), by its undersigned attorneys, will take the deposition of Plaintiff Dawn M. Hauck ("Plaintiff") by oral testimony before an officer duly authorized to administer an oath, commencing on February 20, 2006, beginning at 10:30 a.m., at the offices of Potter Anderson & Corroon LLP, located at 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, Delaware 19801. The deposition shall continue thereafter until terminated by counsel for Defendant. Plaintiff should bring to the deposition and produce any and all documents which support, refer or relate to any and all claims Plaintiff has alleged in this lawsuit, as well as any and all alleged damages. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

Of Counsel:                                   Respectfully submitted,

Larry R. Seegull                              *Sarah E. DiLuzio*
Linda M. Boyd
DLA PIPER RUDNICK                             Sarah E. DiLuzio (#4085)
GRAY CARY US LLP                              POTTER ANDERSON & CORROON LLP
6225 Smith Avenue                             1313 North Market Street, 6th Floor
Baltimore, Maryland 21209                     P. O. Box 951
(410) 580-3000 (general)                      Wilmington, Delaware 19801
(410) 580-4253 (direct)                       (302) 984-6000 (general)
(410) 580-3253 (fax)                          (302) 984-6279 (direct)
larry.seegull@dlapiper.com                    (302) 658-1192 (fax)
                                              sdiluzio@potteranderson.com
Dated: February 1, 2006

                                              Counsel for Defendant
                                              COMPUTER SCIENCES CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2006, two copies of the foregoing

Defendant's Amended Notice to Take The Deposition of Dawn M. Hauck were sent by hand

delivery to:

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
Counsel for Plaintiffs.

_____
Sarah E. DiLuzio