IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>        Defendant. | Civil Action No. 05-010-JJF |

## JOINT MOTION TO EXTEND THE SCHEDULING ORDER

The parties, by their undersigned counsel, hereby move this Honorable Court for an extension of the case Scheduling Order. The parties have propounded discovery requests and have served discovery responses, but still need additional time to complete depositions. Currently, the parties have completed four depositions and have seven more depositions scheduled for the month of February. In addition to these depositions, Plaintiffs seek to depose a Computer Sciences Corporation ("CSC") employee, Mary Jo Morris, as well as several other CSC employees. Ms. Morris will be leaving the United States shortly for India, where she will be working until approximately the middle of March 2006. Given Ms. Morris' schedule, and that of counsel for the parties, the deposition of Ms. Morris cannot be held prior to the current dispositive motion deadline of March 17, 2006. The parties also anticipate possible scheduling difficulties in arranging other depositions requested by Plaintiffs.

An extension of the scheduling order will not impose any inconvenience on the Court as there are no pretrial or trial dates scheduled in this action other than the Pretrial Conference

scheduled for May 4, 2006. The parties request that the Scheduling Order be amended to reflect the following changes:

7. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before April 28, 2006.

9. **Pretrial Conference and Trial.** The Court will schedule a Pretrial Conference, if necessary, promptly after issuing any decision upon any case dispositive motion. The scheduling of the trial date will be deferred until the Pretrial Conference.

Respectfully submitted,

/s/ Timothy J. Wilson
Timothy J. Wilson, Esq. (#4323)
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680
(301) 777-4682 (fax)

Attorney for Plaintiffs

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
P. O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 984-6279 (direct)
(302) 658-1192 (fax)
sdiluzio@potteranderson.com

Larry R. Seegull (admitted pro hac vice)
Linda M. Boyd (admitted pro hac vice)
DLA PIPER RUDNICK GRAY CARY U.S. LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-4253 (direct)
(410) 580-3253 (fax)
larry.seegull@piperrudnick.com

Attorneys for Defendant,
*Computer Sciences Corporation*

February 2, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006, that the foregoing changes to the Scheduling Order are adopted.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge