IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN MILLER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-10-JJF |
| | : | |
| COMPUTER SCIENCES CORP., | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, parties have filed a Joint Motion to Extend the Scheduling Order (D.I. 78);

WHEREAS, the parties are seeking an extension of time for filing case dispositive motions;

WHEREAS, a granting of the extension of time will require moving the Pretrial Conference currently set for May 4, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that the Scheduling Order dated May 31, 2005 shall be amended as follows:

7. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **April 28, 2006**.

IT IS FURTHER ORDERED that the Pretrial Conference set for May 4, 2006 is cancelled and a Pretrial Conference will be held on **Thursday, July 13, 2006 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local

Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

    Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

February 6, 2006  
DATE

/s/ Joseph J. Farnan  
UNITED STATES DISTRICT JUDGE