IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>       Defendant. | Civil Action No. 05-010-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Tyler Brian Raimo, of Computer Sciences Corporation, 3170 Fairview Park Drive, Falls Church, Virginia 22042, to appear on behalf of Defendant Computer Sciences Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Sarah E. DiLuzio (I.D. # 4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
sdiluzio@potteranderson.com

*Attorneys for Defendant*
*Computer Sciences Corporation*

Dated: February 10, 2006
718958

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, District of Columbia and Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 9, 2006        Signed: _____

Tyler B. Raimo, Esquire
Computer Sciences Corporation
3170 Fairview Park Drive
m/c 203A
Falls Church, Virginia 22042

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

_____
United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2006, two copies of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE were sent by hand delivery to:

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
Counsel for Plaintiffs.

_____
Sarah E. DiLuzio (#4085)