IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*, <br><br>                Plaintiffs, <br><br> v. <br><br> COMPUTER SCIENCES CORPORATION, <br><br>                Defendant. | Civil Action No. 05-010-JJF |

### DEFENDANT'S AMENDED NOTICE TO TAKE
### DEPOSITION OF PLAINTIFF HECTOR CALDERON

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Computer Sciences Corporation ("Defendant"), by its undersigned attorneys, will take the deposition of Plaintiff Hector Calderon ("Plaintiff") by oral testimony before an officer duly authorized to administer an oath, commencing on March 2, 2006, beginning at 9:00 a.m., at the offices of Potter Anderson & Corroon LLP, located at 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, Delaware 19801. This deposition shall continue thereafter until terminated by counsel for Defendant. Plaintiff should bring to the deposition and produce any and all documents which support, refer or relate to any and all claims Plaintiff has alleged in this lawsuit, as well as any and all alleged damages. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

Of Counsel:

Larry R. Seegull
Linda M. Boyd
DLA PIPER RUDNICK
GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-4253 (direct)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

Respectfully submitted,

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
P. O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 984-6279 (direct)
(302) 658-6279 (fax)
sdiluzio@potteranderson.com

Counsel for Defendant
COMPUTER SCIENCES CORPORATION

Dated: February 17, 2006
720330

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2005, two copies of the foregoing Defendant's Amended Notice to Take Deposition of Plaintiff Hector Calderon were sent by hand delivery to:

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
Counsel for Plaintiffs.

_____
Sarah E. DiLuzio (#4085)