IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN MILLER; HECTOR CALDERON;                :
CHARLES FOLWELL; ROLLAND GREEN;               :
DAWN M. HAUCK; KEVIN KEIR;                    :
ASHBY LINCOLN; KAREN MASINO;                  :
ROBERT W. PETERSON; SUSAN M. POKOISKI;        :
DAN P. ROLLINS; and WILLIAM SPERATI,          : C.A. No. 05-010-JJF
                                              :
       Plaintiffs,                             : JURY TRIAL DEMANDED
                                              :
v.                                            :
                                              :
COMPUTER SCIENCES CORPORATION,                :
a Delaware Corporation,                       :
                                              :
       Defendant.                              :

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certify that two (2) true and correct copies of the *Plaintiff's Amended Answers to Defendant's First Set of Interrogatories to Kevin Keir* were delivered by courier service, to the following:

Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon, LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

                          MARGOLIS EDELSTEIN

                          _____
                          TIMOTHY J. WILSON (#4323)
                          1509 Gilpin Avenue
                          Wilmington, DE 19806
                          (302) 777-4680
                          (302) 777-4682 fax
Dated: February 27, 2006           Attorneys for Plaintiff

4