IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; <br> CHARLES FOLWELL; ROLLAND GREEN; <br> DAWN M. HAUCK; KEVIN KEIR; <br> ASHBY LINCOLN; KAREN MASINO; <br> ROBERT W. PETERSON; SUSAN M. POKOISKI; <br> DAN P. ROLLINS; and WILLIAM SPERATI, <br><br> Plaintiffs, <br><br> v. <br><br> COMPUTER SCIENCES CORPORATION, <br> a Delaware Corporation, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certify that two (2) true and correct copies of the *Notice to Take Deposition of Jim Styles* were delivered by courier service, to the following:

Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon, LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

MARGOLIS EDELSTEIN

TIMOTHY J. WILSON (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
Attorney for Plaintiff

Dated: March 1, 2006