## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN MILLER, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-10-JJF |
| COMPUTER SCIENCES CORP., | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **3rd** day of **April, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, June 14, 2006 at 8:30 a.m.** with Judge Thynge to discuss the status of the case and whether there is a basis to proceed with further mediation on the date tentatively reserved, Friday, June 23, 2006. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE