IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : C.A. No.05-010-JJF |
| v. | : |
| | : |
| COMPUTER SCIENCES CORPORATION, | : |
| | : |
| Defendant. | : |

## JOINT MOTION FOR EXTENSION OF THE SCHEDULING ORDER

The parties, by their undersigned counsel, hereby move this Honorable Court for an extension of the case Scheduling Order. The parties have propounded discovery requests and have served discovery responses, but still need additional time to complete depositions. Defendants have completed their depositions, but due to scheduling difficulties and illness, Plaintiffs still need to complete three depositions. Those depositions are currently scheduled.

An extension of the Scheduling Order will not impose any inconvenience on the Court as there are no pretrial or trial dates scheduled in this action other than the Pretrial Conference which is scheduled for July 13, 2006. As such, the parties respectfully request that the Scheduling Order be amended to reflect the following changes.

7.  <u>Case Dispositive Motions</u>.  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before May 24, 2006.

Respectfully submitted,

| | |
|---|---|
| /s/ Timothy J. Wilson | /s/ Sarah E. DiLuzio |
| Timothy J. Wilson, Esq. (#4323) | Sarah E. DiLuzio (#4085) |
| MARGOLIS EDELSTEIN | POTTER ANDERSON & CORROON LLP |
| 1509 Gilpin Avenue | 1313 North Market Street, 6th Floor |
| Wilmington, Delaware 19806 | Wilmington Delaware 19801 |
| (302) 777-4680 | (302) 984-6000 |
| (302) 777-4682 (fax) | (302) 658-1192 (fax) |
| twilson@margolisedelstein.com | sdiluzio@potteranderson.com |
| *Attorney for Plaintiffs* | |
| | Larry R. Seegull (pro hac vice) |
| | Linda M. Boyd (pro hac vice) |
| | DLA PIPER RUDNICK GRAY CARY U.S. LLP |
| | 6225 Smith Avenue |
| | Baltimore Maryland 21209 |
| | (410) 580-3000 |
| | (410) 580-3253 (fax) |
| | *Attorneys for Defendant* |

April 14, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006, that the foregoing changes to the Scheduling Order are adopted.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

2