IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; CHARLES FOLWELL; ROLLAND GREEN; DAWN M. HAUCK; KEVIN KEIR; ASHBY LINCOLN; KAREN MASINO; ROBERT W. PETERSON; SUSAN M. POKOISKI; DAN P. ROLLINS; and WILLIAM SPERATI, | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF |
| Plaintiffs, | : |
| v. | : |
| COMPUTER SCIENCES CORPORATION, a Delaware Corporation, | : |
| Defendant. | : |

### RE-NOTICE TO TAKE DEPOSITION OF MARY JOE MORRIS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by their undersigned attorney, will take the oral deposition of Defendant Mary Jo Morris ("Defendant") who has agreed to appear by telephone, commencing on **May 8, 2006 beginning at 2:00 p.m.**, at the offices of Margolis Edelstein, located at 1509 Gilpin Avenue, Wilmington, Delaware 19806. The deposition shall continue thereafter until terminated by counsel for Plaintiff. Defendant should bring to the deposition and produce any and all documents which support, refer or relate to any and all claims Plaintiff has alleged in this lawsuit. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson

Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; <br> CHARLES FOLWELL; ROLLAND GREEN; <br> DAWN M. HAUCK; KEVIN KEIR; <br> ASHBY LINCOLN; KAREN MASINO; <br> ROBERT W. PETERSON; SUSAN M. POKOISKI; <br> DAN P. ROLLINS; and WILLIAM SPERATI, <br><br> Plaintiffs, <br><br> v. <br><br> COMPUTER SCIENCES CORPORATION, <br> a Delaware Corporation, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, do hereby certify that on April 14, 2006 the attached document was delivered by US Mail, postage prepaid, to the following attorney of record and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon, LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

Larry Seegull, Esquire
Linda Boyd, Esquire
Piper Rudnick LLP
6225 Smith Ave
Baltimore, MD 21209

MARGOLIS/EDELSTEIN

TIMOTHY L. WILSON (#4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
Attorney for Plaintiffs

Dated: April 14, 2006