IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br>         Defendant. | Civil Action No. 05-010-JJF |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Computer Sciences Corporation ("Defendant" or "CSC"), by and through its undersigned counsel, hereby moves for summary judgment on Plaintiffs' Complaint. The reasons for this Motion are set forth in Defendant's Opening Brief in Support of its Motion for Summary Judgment, filed concurrently herewith.

Of Counsel:

Larry R. Seegull
Linda M. Boyd
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-4253 (direct)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

Dated: May 24, 2006

POTTER ANDERSON & CORROON LLP

By: /s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 984-6279 (direct)
(302) 658-1192 (fax)
sdiluzio@potteranderson.com

Counsel for Defendant,
*Computer Sciences Corporation*

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on May 24, 2006, I electronically filed true and correct copies of **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@marolisedelstein.com

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com