close of FY03, I discussed with a number of senior executives concerns about the fiscal year results and interest in getting the Company back on financial track. Some of these executives included Mary Jo Morris, President of the Technology Management Group, and Russell Owen, President of the Global Infrastructure Services business unit. Recognizing that AMIP had long since deviated from its original objective of incentivizing and rewarding only upper-level management, we decided to realign AMIP with this original intent ("AMIP Realignment"). Not only did this reduce costs and foster consistency across the company, but it allowed CSC to layoff fewer employees than would otherwise have been necessary.

15.   Thus, the consideration of the AMIP Realignment began early in FY04. After significant discussion among the leaders of CSC's business units, senior financial officers, and Human Resources employees about how best to implement the changes, CSC decided to limit AMIP participation for FY04 to the Director level (S07) or above. Notably, however, CSC reduced the maximum percentage of base salary that some Directors could potentially receive as an AMIP bonus pursuant to the AMIP Realignment. In addition, a few individuals who commanded the management and/or budget responsibility beyond that which their level indicated were eligible to participate in AMIP. In total, several hundred employees were removed from AMIP for FY04 pursuant to the AMIP Realignment. Because all of the Plaintiffs were at S05 or S06, they were not eligible to participate in AMIP for FY04.

16.   With input from senior management and Human Resources employees, John Walker, Director of Compensation, and I drafted detailed instructions for informing relevant employees that they would not be participating in AMIP for FY04 as a result of the AMIP Realignment. These instructions were distributed via email to members of upper level management who managed, directly or indirectly, employees that would be impacted by the

AMIP Realignment. Managers of such employees were instructed to speak with each employee individually as well as to give them a written letter to sign. The AMIP Realignment communications to Plaintiffs and other impacted employees took place in September of 2003. A true and correct copy of one of the emails in which I explain the AMIP Realignment and provide instructions to members of upper level management is attached to this Affidavit as Exhibit A.

17. As mentioned above, CSC typically develops AMIP objectives, targets and weightings for the current fiscal year some time after it has "closed its books" for the prior fiscal year. These objectives, targets and weightings are then communicated to employees at some point during the fiscal year, generally sometime between August and October of the fiscal year. Plaintiffs ***never*** received any communications regarding FY04 AMIP objectives, targets or weightings. Indeed, the only thing Plaintiffs were ever told about the FY04 AMIP was that they were ***not*** eligible. Upper level management employees (S07 and above) received their AMIP objectives, targets and weightings after the September 2003 AMIP Realignment communications were made to Plaintiffs and the other S05 and S06 employees.

18. I have been advised that I have the right to have counsel review this Affidavit before I sign it. I was allowed to make any changes to this Affidavit that I wanted. I am submitting this Affidavit voluntarily and of my own free will, without fear or threat of reprisal or promise of any benefit.

In accordance with 28 U.S.C. § 1746, I solemnly affirm and declare under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

5/23/06
Date

Gus Siekierka
Gus Siekierka

# EXHIBIT A



----- Forwarded by John N Walker/GIS/CSC on 03/18/2005 11:49 AM -----

From: Gus Siekierka/GIS/CSC on 07/31/2003 03:41 PM

To: Russ Owen/GIS/CSC@CSC, William L Bancroft/GIS/CSC@CSC, Henry M Leidemer/GIS/CSC@CSC, Ken Shapazian/GIS/CSC@CSC, Harold Hickman/GIS/CSC@CSC, Gary M Hall/GIS/CSC@CSC, William S Buskirk/GIS/CSC@CSC, John D Butch/GIS/CSC@CSC, Timothy J Slusser/GIS/CSC@CSC, Larry H Sogolow/GIS/CSC@CSC, Thomas A Carpenito/TMG/CSC@CSC, Marwan R Shishakly/GIS/CSC@CSC, Chris A Helme/GIS/CSC@CSC, Chris J Steinbach/DEF/CSC@CSC

cc: Doc Stall/TMG/CSC@CSC, Becky Stewart/TMG/CSC@CSC, Ron E Springston/TMG/CSC@CSC, Angela D Silverstein/TMG/CSC@CSC, Jill A Mode/TMG/CSC@CSC, John Heim/TMG/CSC@CSC, Robyn Burke/TMG/CSC@CSC, John N Walker/GIS/CSC@CSC, Bill Gunn/TMG/CSC@CSC, Karen E Nash/TMG/CSC@CSC, Joseph N Mazzagatti/GIS/CSC@CSC, Betty L Calhoon/TMG/CSC@CSC, Van Athanas/TMG/CSC@CSC, James A. Styles/CORP/CSC@CSC, Dare Morgan/TMG/CSC@CSC, Denise Revello/CPA/CSC@CSC, Gregory Cyr/GIS/CSC@CSC, Marion D Bowman/CEG/CSC@CSC

Subject: FY04 AMIP/Incentives Redesign

This note is to inform you of the final results of the North American GIS FY04 AMIP redesign and the next steps needed to accomplish the communication of the program changes to all affected employees.

**Background**
The Annual Management Incentive Program (AMIP) was first introduced in 1985. The intent was to reward the most senior of our management, those who could influence the direction and performance of our business, for meeting and exceeding the year's business objectives and targets. As our company grew, the AMIP participation grew because we grandfathered outsourced staff into the program and used the program to offset some geographical labor market pressures. Now we are faced with many inconsistencies with AMIP: the program has become inconsistent with the original intent, scope and purpose, there are inconsistencies with eligibility and payout potential within and among TMG, GIS, and GTS and with other parts of CSC, and finally, the spend rate is inconsistent with our budget challenges. We have come to a point where it is appropriate and fiscally prudent to realign the AMIP to our business and financial climate.

**AMIP Redesign**
An examination of AMIP has resulted in a redesign that suits our business conditions most appropriately, meets the intent of the program and provides consistency with the factors stated above. Consequently, current participants at the Director (S07) level and below will be affected. The attached presentation provides the details of the changes for the FY04 program, including the number of people affected in the organization.


FY04 AMIP Redesign GIS 7-03.

As an overview, Director (S07) level potential eligibility will be based on their annual cost budget as described in the guideline chart in the presentation, with a maximum potential of 30%. All non-Director titled S07's will be removed from the plan and will be eligible for a discretionary bonus of up to $10K. Staff directors, those in HR, F&A, and new business support, will be assessed on an individual basis using the standard range of 10%-30%, depending on the scope of their role. All Senior Managers (S06), Managers (S05) and below will be removed from the plan. All those removed from the plan, as well as new Senior Managers and Managers, will be eligible for a yearly discretionary bonus of up to $10K (Senior Managers) or up to $5K (Managers and below). These new rules will be in effect for all of FY04. John Walker will send all of you a sample script and letter to give to affected employees. We recognize there will be additional changes during the course of the year in AMIP eligibility/potential due to promotions/reassignments. The process outlined in the justification section below must be followed.

**Discretionary Bonus Program**
The annual discretionary bonus program payout will be determined based on the individual achievement of KRA's (key result areas) in GPARS against year end evaluation. The advantage is that we can reward this level of staff based on KRA's (formerly known as MBO's or objectives) rather than financials which have previously constituted the majority of the award. Note that discretionary bonus awards will be subject to vice president approval, and will be consistent with our goal of rewarding those whose contributions significantly impact business results. Further the overall pool will be subject to review and approval from the Group President and will be based on fiscal year results.

**Reward and Recognition Program**
In addition, the cash reward component of the Reward and Recognition program (also known as spot bonuses) will be modified. Since management employees are eligible to receive cash awards under the annual discretionary bonus program, only non-management employees in S06 and S05 and all employees in S04 and below will be eligible to receive cash awards under the R&R program. Awards will be capped at $4K (down from current cap of $8K). Additional approvals will be required to ensure that if an employee is nominated for an award by management other than his/her own, that employee's management must also approve. The non-cash component (CSC company store items) will continue as usual.

**Next Steps - Justification and Communication**
First, each Vice President will need to work with their HR service delivery manager on the justification for each of their Director's AMIP, completing the form attached. These forms should be completed and forwarded to John Walker by August 15. Justifications will be reviewed by Group management for approval prior to communicating to the employees.

AMIP Justification Form.

Second, each person affected by the AMIP redesign needs to be spoken with about their individual circumstance, once you have received confirmation that their AMIP eligibility and level has been approved. The HR service delivery managers will work with their respective business unit Vice President to ensure that this is accomplished in a timely way, hopefully by the end of August. Since these changes are being implemented well into the fiscal year, it is very important that those employees understand the redesigned AMIP components and how it will affect them.

John will send all of you additional information including AMIP components and the respective weightings. We are both available to assist you in any way.

Regards,
Gus

---

This is a PRIVATE message. If you are not the intended recipient, please delete without copying and kindly advise us by e-mail of the mistake in delivery. NOTE: Regardless of content, this e-mail shall not operate to bind CSC to any order or other contract unless pursuant to explicit written agreement or government initiative expressly permitting the use of e-mail for such purpose.

---

## AMIP ELIGIBILITY JUSTIFICATION FORM

EMPLOYEE NAME ______ EMPLOYEE NO ______

ROLE TITLE ______ GRADE ______

LINE OF SERVICE ______ FRAMEWORK CODE ______

CURRENT SALARY ______ CURRENT AMIP % ______

FINANCIAL SCOPE ______

EMPLOYEE SCOPE ______

JUSTIFICATION FOR AMIP ELIGIBILITY ______

RECOMMENDED AMIP % FOR FY04 ______

RECOMMENDED BY ______ TITLE ______

DATE ______

Please leave blank - for completion by central team only

APPROVED BY ( HR ) ______ TITLE ______

APPROVED BY ( FINANCE ) ______ TITLE ______

ENTERED IN SALMAN BY ______ DATE ______

CSC
FY04
AMIP/Incentives
Redesign
GIS North America
EXPERIENCE. RESULTS.
CSC Proprietary 3/24/2005 12:03:41 PM 008_P2_fmt_wht 0

CSC

## Background

- The Annual Management Incentive Plan ( AMIP ) was first introduced in 1985
- It was intended for the most senior of our management staff
  i.e. those who could influence the direction and performance of our business
- Since its inception, the program has grown in participation, due to :
  - Grandfathering of outsourced staff entitlements
  - Geographical market pressures
- The financial exposure on AMIP is now out of line with the original scope and purpose of the plan.



CSC

## Background (continued)

- Budget issues prevent sustaining current spend
- Inconsistencies exist within and among TMG, GIS and GTS who are managing different aspects of the same business/accounts
- Inconsistencies exist with rest of CSC, i.e. Federal Sector
- Difficulties defining P&L/cost budgets at lower management levels due to overlap and duplication among TMG, GIS and GTS

D -10122
CONFIDENTIAL

# GIS North America

- Current number in AMIP

| Grade | Director title | Technical title | Total |
|---|---|---|---|
| S07 | 117 | 21 | 138 |
| S06 | 161 | 36 | 197 |
| S05 & below | 53 | 44 | 97 |

D -10123
CONFIDENTIAL



CSC

# Line Directors (S07)

- Cap Directors at 30% max entitlement ( 9 over 30%)

The following chart should be used as a guideline in determining each Director's entitlement unless contractual commitment dictates otherwise:

| ANNUAL P&L BUDGET | AMIP % |
|---|---|
| <$20MM | 0% |
| $20MM to $40MM | 10% |
| $40MM to $60MM | 15% |
| $60MM to $80MM | 20% |
| $80MM to $100MM | 25% |
| $100MM + | 30% |

- Remove all 21 non-Directors (i.e., Principal Computer Scientist, Member Executive Staff) from plan
- All those taken out of AMIP would be eligible for a discretionary bonus of up to $10,000

D -10124
CONFIDENTIAL