# 4. CHEMICAL GROUP VARIABLE COMPENSATION PROGRAMS

Variable compensation was introduced to the Chemical Group in April, 1998 with the deployment of the Incentive Compensation Program (ICP). The first step defined a process that included all employees in an incentive compensation program, shifted focus from individual to team based incentives/rewards, and began to change our compensation "mix" from being fixed (base pay) to one that combines fixed and variable (incentive) rewards.

The programs that will be discussed in this section of this document include:

A.  The Chemical Group Incentive Compensation Program (Chemical Group ICP)
B.  Annual Management Incentive Program (AMIP)
C.  Premium Skills Pay Program

These Programs play a major role in the Chemical Group Total Reward Strategy.

The purpose of this section is to provide employees with a description of how to align FY2002 business objectives with the FY2002 Variable Compensation. It will serve as a reference tool to help you:

- Fully understand the FY2002 Account and Functional objectives
- Develop individual work plans and goals that support the Account and Functional objectives
- Understand how individual work plans impact business results
- Understand how delivering business results impact them (employees) in terms of compensation/rewards

Please use this document as you discuss these programs with your manager.

## Eligibility for All Incentive Compensation Programs

The following describes the general eligibility requirements for all incentive/variable pay programs. More specific eligibility requirements for specific programs will be included within the description for that program.
- Regular Full Time and Regular Part Time employees must join the Chemical Group payroll for program eligibility.
- Employees must work in a Chemical Group Line of Service that offers this program.
- Employees joining the Chemical Group as part of Global Infrastructure Systems (GIS) **prior** to April 5, 1999 are eligible for participation for FY2002 (applies to CG Incentive Compensation Program and PSPP)
- Employees must be performing at category 1, 2, or 3 level of performance
- Chemical Group employees are eligible to participate in only **ONE** incentive compensation program at a time:
    - Employees cannot simultaneously participate in AMIP **and** PSPP
    - Employees cannot simultaneously participate in the AMIP **and** Chemical Group ICP or Canada IC programs.
    - **Exception:** PSPP participants are eligible to also participate the Chemical Group ICP and Canada IC programs
- PAYOUT:
    - Chemical Group employees who transition to any business unit within CSC will receive a pro-rated payout from the Chemical Group at time of award payment based on the time period of contribution to Chemical Group business objectives.
    - Employees must be on CSC payroll, active status, at the time of payout.
    - **Exception:** In the event of termination due to death, retirement due to lack of work, layoff due to lack of work, or disability, the employee will receive the pro-rated portion of payout at the time of award payment, based on months of participation.
    - Employees terminated for cause will not receive payout.
    - Participation eligibility in all programs is reviewed each year, and there is no guarantee of continued participation from one year to the next

D- 10471
CONFIDENTIAL

- All incentive/variable compensation programs are reviewed annually and may be modified or discontinued based on the Chemical Group's financial capability and business requirements.
- Employees who are on a leave of absence will receive payout upon returning to work

## FY2002 Payout Potential for Eligible Employees

| Program Name | Maximum FY2000 Payout Potential |
|---|---|
| Chemical Group Incentive Compensation Program | 4% |
| Employees participating in FY2000 AMIP | Individual AMIP Maximum Potential |
| Premium Skill Pay Program | Individual eligibility potential based on skill definition, skill proficiency, and job intensity |

## A. FY2002 Incentive Compensation Program Objectives

| | Weight | Objective |
|---|---|---|
| **Group Level:** | | |
| Financial | 33% | Group Operating Income Target |
| Non-Financial | 34% | Customer Satisfaction Measurement |
| **Functional Level:** | | |
| Financial * | 33% | Functional Budget |

* 33% Functional Level financial: Paid out based on the achievement of the organization's functional budget. For example, U.S. GS employees will receive 33% of the payout if the U.S. GS functional budget is achieved.

Employees contribute toward the satisfaction of these targeted objectives by establishing and meeting their individual objectives.

First, it is imperative that each employee understands how his/her individual objectives contribute toward the satisfaction of his/her team's objectives. It is the responsibility of both the employee and the manager to have a discussion so both parties are aligned around objectives.

Second, the employee needs to understand how the team's objectives contribute toward the satisfaction of his/her functional organization's objectives. It is the responsibility of the team and the appropriate management to have a discussion so both parties are aligned around objectives.

This cascading approach ensures that each individual's objectives support and contribute toward the satisfaction of overall Group, Account, and functional objectives.

## RATIONALE FOR TARGETED OBJECTIVES

Chemical Group Management has specifically identified the three targeted objectives above for the following reasons:

D- 10472
CONFIDENTIAL

1. Chemical Group success with current and future business is directly impacted by the satisfaction of our customers. Therefore, it is critical to have all employees engaged around Account customer satisfaction metrics and measurements. We do so by tying 34% of your payout to customer satisfaction.

2. The Group has made financial commitments to CSC Corporate, who then makes financial commitments to investors. Therefore, we have tied 33% of your payout to Group Operating Income. If the Group succeeds financially, we all succeed.

3. In order to make our Group Operating Income target, functional financial budgets must be developed and met. Therefore, 33% of your payout potential is tied to the achievement of your Function's regional financial budget. This is a financial measure that you can directly impact in your day-to-day activities.

B-1271

D- 10473
CONFIDENTIAL

## B. Annual Management Incentive Plan (AMIP)

### BACKGROUND OF CSC AMIP

The CSC Annual Management Incentive Plan (AMIP) is based on CSC's fiscal year.

### PARTICIPANT ELIGIBILITY GUIDELINES

Eligibility guidelines for all other compensation programs apply. In addition, the following apply for AMIP:

- Employees are made eligible to participate in AMIP based on anticipated superior contributions to the successful achievement of business objectives.
- Participation is based on the employee's job scope and impact of decisions to the success of the business.
- Participation in AMIP is held to the management job family at the Director-level and above. Maximum potential percent may increase commensurate with management salary grade level.
- Participation in AMIP is reviewed each year, and there is no guarantee of continued participation in the AMIP program.

Participants are placed in AMIP and are eligible for a bonus award payment at a specified maximum potential percent of current base salary. The potential percent is comprised of two categories of performance: financial objectives; and, non-financial objectives that are jointly determined by the participant and cognizant manager.

Bonus awards are calculated following the close of the CSC fiscal year, and payments are generally made to participants at the end of May. Bonus award payments are cash payments and are not CSC MAP and Pension pensionable earnings. The payments are considered pensionable earnings under the DuPont and Conoco pension plans.

If you are eligible to participate in AMIP, your manager will supply you with a description of the program criteria and the payout methodology. **More important is that you gain full understanding of the objectives by which you will be evaluated.**

D- 10474
CONFIDENTIAL

#2585 P.001/001

## CSC

Org 571

Peterson
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
Payroll


DEPOSITION EXHIBIT
21
KAH 1/28/06

September 11, 2003

To: Robert Peterson

Dear Robert,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $5,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.

Sincerely,


Joseph Doherty
Computer Sciences Corporation

Employee Acknowledgement_____  Date 9/26/03

/ received this letter on 9/24/03.

860.623.3595

B-1273



September 11, 2003

To: Karen Masino

Dear Karen,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $10,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.

Sincerely,

Robert Tattle
Computer Sciences Corporation

Employee Acknowledgement _Karen A. Masino_____ Date _10/3/03_____

**KAM**: Appropriate modification of signer's Objectives & KRA's will be made commensurate with adjusted total compensation package. In addition, it is requested that written criteria be forwarded to the signer for both the new discretionary bonus and AMIP program so that future eligibility for either program is clearly understood.

B-1274



September 11, 2003


To: Dawn Hauck


Dear Dawn,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $10,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.

*Signing of this document does not constitute acceptance or agreement with the change in the signer. Total Compensation Package. It solely acknowledges receipt of this document. Signature also assumes Current year Objectives and KRAs will be set accordingly to reflect the signer's revised Total Compensation Package. In Addition, it is requested that written criteria be forwarded to the signer for both the AMIP program and for the new discretionary bonus program so that future eligibility for either program is clearly understood. DMH*

Sincerely,

Robert Tattle
Computer Sciences Corporation

Employee Acknowledgement _Dawn M Hauck_____    Date _10/3/03_____



September 11, 2003

To: Brian Miller

Dear Brian,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $10,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.

Sincerely,

Robert Tattle
Computer Sciences Corporation

*My Signature below does not constitute acceptance or agreement of the proposed change regarding my Participation in the AMIP Program. My*

Employee Acknowledgement _____ Date _____

*Signature soley acknowledges the receipt of this document.*

10/10/2003

**B-1276**

860.823.2395

Miller
113

*faxed ok Nov 25/03*



September 11, 2003

To: Kevin Keir

Dear Kevin,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $5,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.

Sincerely,

Jay Smith
Computer Sciences Corporation


Employee Acknowledgement_____     Date___11/25/03___

Employee Note:   I was extremely disappointed in this decision and the way it was handled.  Instead of salary uplift as our eligible Accenture colleagues that came from Dupont received, CSC decided to roll us into the AMIP program as part of our transition job offer.  We did understand that this was a bonus/percentage scheme based on different factors including company financial performance.  As the general economic climate worsened, it was reasonable to expect that all people participating in AMIP would receive a smaller percentage.  It was a shock to instead have the whole option withdrawn -- while leaving in place for billing employees above a certain level.   The message to us was clear -- CSC does not value us but still takes care of upper management.   This has been difficult to take in -- especially considering all the Dupont work the ex-Dupont employees have won back for CSC in the last year based on experience, talents and work ethics.

**B-1277**

Miller
462

860.823.2395

Folwell 1



September 11, 2003


To: Charles Folwell, Jr

Dear Charles,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $10,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.


Sincerely,



Jay Smith
Computer Sciences Corporation



Employee Acknowledgement_____Date_____

*860.823.2395*





September 11, 2003


To: William Sperati

Dear William,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $10,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.


Sincerely,



Jay Smith
Computer Sciences Corporation


Employee Acknowledgement_____Date_____

Miller
0546

B-1279



September 11, 2003

To: Hector Calderon

Dear Hector,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $5,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.

Sincerely,

Jay Smith
Computer Sciences Corporation

Employee Acknowledgement_____Date_____

**B-1280**

Miller
0550



**Computer Sciences Corporation**

The Mill at White Clay Creek
500 Creek View Drive
Newark, DE 19711

September 10, 2003

TO: Ashby Lincoln

Dear Ashby,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $10,000 or/ $5000 per annum, upon the achievement of specific measurable Key Result Areas ( KRA's ). Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by-case basis. All such awards will need to be approved by your Line VP and the VP of Human Resources.

If at some future date you should assume a role which is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your HR Director.

Sincerely,

Tom Saienni

Employee Acknowledgement _____ Date 9/11/03

B-1281

Miller
0548

DEC. 1. 2003 11:33AM    DUPONT

**CSC**

DEPOSITION
EXHIBIT
8
KAH 1/13/06

NO. 516    P. 2

Org 57,
Rollins

Payroll

September 11, 2003

To: Daniel Rollins

Dear Daniel,

This note is to confirm that Computer Sciences Corporation has reviewed your eligibility for the Annual Management Incentive Program (AMIP) in line with the criteria set for participation in the plan.

Consequently, with effect from 1st April 2003, you will no longer be eligible for participation in the AMIP program.

However, you will have the opportunity to earn a discretionary bonus of up to $5,000 per annum. Please note that a discretionary bonus is by no means guaranteed and will be awarded on a case-by-case basis, after consideration of overall performance and contribution to the company.

All such awards will need to be approved by your Line Vice President and the Vice President of Human Resources.

If at some future date you should assume a role that is AMIP eligible, your AMIP will be commensurate with the scope of that assignment.

If you have any questions, please contact your immediate manager or your Business Unit HR Manager.

Sincerely,

Jay Smith
Computer Sciences Corporation

Employee Acknowledgement _Daniel P. Roll_____    Date _12/1/03_

_860.823.3395_

B-1282

D -10057
CONFIDENTIAL

# JEFFREY K. MARTIN, P.A.

1509 GILPIN AVENUE
WILMINGTON, DE 19806
(302) 777-4680
Facsimile (302) 777-4682

JEFFREY K. MARTIN, ESQ.
MEMBER OF DE, PA & NJ BARS
Email: jmartin@jkmpa.com

TIMOTHY A. DILLON, ESQ.
MEMBER OF DE, PA & NJ BARS
Email: tdillon@jkmpa.com

January 16, 2004

### - Via Facsimile & First Class Mail -

Hayward D. Fisk, Esquire
Vice President, General Counsel and Secretary
Computer Science Corporation
Legal Department
2100 East Grand Avenue
El Segundo, CA 90245-5024

### RE: AMIP Withdrawal

Dear Mr. Fisk:

Please be advised that this office represents a number of employees of your company, all of whom were eligible for the Annual Management Incentive Program ("AMIP") until September 2003. At that time, each of our clients was advised that the AMIP bonus was being withdrawn retroactive to April 2003.

We have reviewed the applicable law with regard to CSC retroactively removing an earned bonus that the company had previously communicated would be paid to each of the eligible employees. The law does not permit the withdrawal of an earned bonus. Accordingly, under separate cover we will be seeking the payment of this bonus to our clients.

Delaware law allows for the doubling of earned income that is improperly withheld by the employer. 19 Del. C. §1113. Delaware statutes also permit the recovery of attorney's fees to employees whose income has been improperly withheld. Finally, the employer may not retaliate against an employee making such a claim because this would be in violation of the employer's covenant of good faith and fair dealing.

Please advise me as to whom our next correspondence should be addressed.

Very truly yours,

JEFFREY K. MARTIN

JKM:cab
cc:   All Claimants
cc:   Tyler Raimo, Esquire (via facsimile only)

B-1307

Computer Sciences Corporation

Tyler B. Raimo
Counsel

January 16, 2004

**CSC**

VIA FACSIMILE TRANSMISSION
      Fax:  (302) 777-4682

Jeffrey K. Martin, Esq.
1509 Gilpin Avenue
Wilmington, DE  19806

      Re:      CSC's Annual Management Incentive Program

Dear Mr. Martin:

      This is to acknowledge my receipt today of your letter dated January 16, 2004 addressed to Mr. Dan Fisk of Computer Sciences Corporation ("CSC").

      As I stated to you in our previous conversation, you may forward all of your correspondence to me at the address below.  I will be in touch with you as soon as I have had a reasonable time to investigate the issue raised in your letter.  Should you have any questions or comments in the interim, please do not hesitate to call me at (703) 641-2508.

                              Very truly yours,

                              Tyler Raimo

cc:      Hayward "Dan" Fisk

Corporate Office
3170 Fairview Park Drive
Falls Church, Virginia 22042
703.641.2508  Fax 703.849.1015

**B-1308**

## Annual Management Incentive Program (AMIP) FY03

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | Susan Pokoiski | Employee No.: 00533276 | | | | Maximum Bonus Potential | 10.00% | | 7,150 |
| Department: | Service Delivery | Cost Center 5510551000 | | | | Split : | Financial Goals | 80.00% | 5,720 |
| Profit Center: | | WBS: | | | | | | | |
| Fiscal Year: | FY03 | Currency: | $ | | | Team & Individual Goals | 20.00% | | 1,430 |
| Employee's Base Salary: | 71,500 | | | | | Proration by eligible months | 12 | | |

### PERFORMANCE EVALUATION

**FINANCIAL OBJECTIVES**

| | Measure | Description | Budget | Actual | Achievement Percentage | Payout Percentage | Potential Award Weight % | Potential Award $ | Actual Award $ | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EPS | | $2.76 | | 0% | 0.00% | 12.50% | 715 | 0 | |
| 2 | Cost Budget | Global GIS | 2,174,600 | | 0% | 0.00% | 18.75% | 1,073 | 0 | |
| 3 | Cost Budget | Global GIS CG | 159,525 | | 0% | 0.00% | 31.23% | 1,786 | 0 | |
| 4 | Revenue | DuPont US | 266,705 | | 0% | 0.00% | 18.75% | 1,073 | 0 | |
| 5 | Operating Income Margin | DuPont US | 12.50% | | 0% | 0.00% | 18.75% | 1,073 | 0 | |
| 6 | | | | | 0% | 0.00% | | | 0 | |
| 7 | | | | | 0% | 0.00% | | 0 | 0 | |
| 8 | | | | | 0% | 0.00% | | 0 | 0 | |
| | | | | TOTAL | | | 100% | 5,720 | 0 | 0 |
| | | | Balance remaining to allocate | | | | 0% | | | |

**Managers Comments**

### PERFORMANCE EVALUATION

**TEAM AND INDIVIDUAL OBJECTIVES**

| | | Potential Award Weight % | Potential Award $ | Actual Award % Achieved | Actual Award $ |
|---|---|---|---|---|---|
| | **Team** | | | | |
| 1 | Attain 95% blue/green ratings in customer satisfaction | 50.00% | 715 | | 0 |
| 2 | | | 0 | | 0 |
| 3 | | | 0 | | 0 |
| 4 | | | 0 | | 0 |
| | **Individual** | | | | |
| 1 | GIS Demand Forecast: Work with the SBU/SDM's and Acct. Mgmt. Team to identify work 3-6 months ou | 50.00% | 715 | 0.00% | 0 |
| 2 | | | 0 | | 0 |
| 3 | | | 0 | | 0 |
| 4 | | | 0 | | 0 |
| | TOTAL | 100.00% | 1,430 | | 0 |
| | Balance remaining to allocate | 0.00% | | | |

**ACKNOWLEDGEMENT**

I understand and agree to the specific financial, team and individual goals as outlined in this document

| | | | |
|---|---|---|---|
| Participant: | Susan Pokoiski | Date: | |
| Manager: | | Date: | |
| Senior Manager: | | Date: | |

**TOTAL AWARD EARNED**

| | | |
|---|---|---|
| Award Based On Financial Performance | Total | 0 |
| Award Based On Team and Individual Objectives | Total | 0   0 |
| | | 0 |
| Payment Authorised: | Total Bonus | 0  $ |
| Manager: | | Date: |
| Director/VP: | | Date: |

B-1309

D- 10461
CONFIDENTIAL



DEPOSITION EXHIBIT
PENGAD 800-631-6989
REDACTED

# Fiscal Year 2003 AMIP

| | |
|---|---|
| Last Name | FOLWELL JR |
| First Name | CHARLES |
| Title | COMPUTER SCI SR |
| Employee # | |
| Business Area | CEG* |
| Department | |
| Salary Grade | S06 |

| | | |
|---|---|---|
| Employee Base Salary | $111,802 | |
| Maximum Bonus Potential | 22% | |
| Financial Weighting | 100.00% | 22.00% |
| MBO Weighting | 0.00% | 0.00% | $24,596 | $0 |
| Proration by Eligible Months | 12 | |
| Cost Center | | |

## Financial Goals

| Measure | Description | FY02 Budget | FY02 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,036,897.00 | 0.00 | 18% | $4,427 | 0% | 0% | $0 |
| OI | TMG | 233,234.00 | 0 | 18% | $4,427 | 0% | 0% | $0 |
| Margin (XX.X%) | TMG | 7.70 | 0.00 | 18% | $4,427 | 0% | 0% | $0 |
| DSO | TMG | 49.00 | 0 | 6% | $1,476 | 0% | 0% | $0 |
| ROI | TMG | 0.00 | 0.00 | 10% | $2,460 | #Error | | |
| OI | ASD | 115,745.00 | 0 | 10% | $2,460 | 0% | | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| EPS | EPS | 2.76 | 0.00 | 20% | $4,919 | 0% | 0% | $0 |

**Total Financial Goals**

| Weight % | $ |
|---|---|
| 100.0% | $24,596 |

**Total Potential Award**

| Weight % | $ |
|---|---|
| 100.0% | $24,596 |

**Total Actual Award**

| % Achieved | $ |
|---|---|
| 0.00% | $0 |

## Go Ahead, We're Listening

CSC Proprietary

B-1310

D -10186
CONFIDENTIAL

# CSC

## Fiscal Year 2003 AMIP

Page 2

CHARLES FOLWELL JR

**MBOs**

| | Potential Award | | Actual Award | |
|---|---|---|---|---|
| | Weight % | $ | % Achieved | $ |
| | 0.0% | $0 | 0.00% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |

| Total MBO Goals | Total Potential Award | | Total Actual Award | |
|---|---|---|---|---|
| | Weight % | $ | % Achieved | $ |
| | 0.0% | $0 | 0 | $0 |

**Subjective Adjustment ($+/-)**

Amount          Rationale
$0

**Total AMIP**

Bonus Amount          $0
% of Potential Earned          0.00%

Employee Signature:

Manager Signature:

## Go Ahead, We're Listening

CSC Proprietary

B-1311

D-10187



# CSC

## Fiscal Year 2003 AMIP

| | |
|---|---|
| Last Name | MASINO |
| First Name | KAREN |
| Title | MANAGER SR |
| Employee # | |
| Business Area | CEG* |
| Department | |
| Salary Grade | S06 |

| | |
|---|---|
| Employee Base Salary | $102,510 |
| Maximum Bonus Potential | 20% |
| Financial Weighting | 100.00% |
| MBO Weighting | 0.00% |
| Proration by Eligible Months | 12 |
| Cost Center | |

**Financial Goals**

| Measure | Description | FY02 Budget | FY02 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,036,897.00 | 0.00 | 18% | $3,690 | 0% | 0% | $0 |
| OI | TMG | 233,234.00 | 0 | 18% | $3,690 | 0% | 0% | $0 |
| Margin (XX.X%) | TMG | 7.70 | 0.00 | 18% | $3,690 | 0% | 0% | $0 |
| DSO | TMG | 49.00 | 0 | 6% | $1,230 | 0% | 0% | $0 |
| ROI | TMG | 0.00 | 0.00 | 10% | $2,050 | #Error | | |
| OI | ASD | 115,745.00 | 0 | 10% | $2,050 | 0% | | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| EPS | EPS | 2.76 | 0.00 | 20% | $4,100 | 0% | 0% | $0 |

REDACTED

| | | |
|---|---|---|
| | Total Potential Award | Total Actual Award |
| | $ | $ |
| **Total Financial Goals** | Weight %   $20,502 | % Achieved |
| | 100.0% | 0.00% $0 |

## Go Ahead, We're Listening

CSC Proprietary

B-1312

D -10176
CONFIDENTIAL





# Fiscal Year 2003 AMIP

**CSC**

| | |
|---|---|
| Last Name | ROLLINS |
| First Name | DANIEL |
| Title | COMPUTER SCIENTIST |
| Employee # | |
| Business Area | CEG* |
| Department | |
| Salary Grade | S05 |

| | |
|---|---|
| Employee Base Salary | $91,593 |
| Maximum Bonus Potential | 22% |
| Financial Weighting | 100.00% | 22.00% |
| MBO Weighting | 0.00% | 0.00% |
| Proration by Eligible Months | 12 |
| Cost Center | |

| | | | $20,150 |
| | | | $0 |

## Financial Goals

| Measure | Description | FY02 Budget | FY02 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,036,897.00 | 0.00 | 18% | $3,627 | 0% | 0% | $0 |
| OI | TMG | 233,234.00 | 0 | 18% | $3,627 | 0% | 0% | $0 |
| Margin (XX.X%) | TMG | 7.70 | 0.00 | 18% | $3,627 | 0% | 0% | $0 |
| DSO | TMG | 49.00 | 0 | 6% | $1,209 | 0% | 0% | $0 |
| ROI | TMG | 0.00 | 0.00 | 10% | $2,015 | #Error | 0% | |
| OI | ASD | 115,745.00 | 0 | 10% | $2,015 | 0% | 0% | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| EPS | EPS | 2.76 | 0.00 | 20% | $4,030 | 0% | 0% | $0 |

**Total Financial Goals** — REDACTED

| Total Potential Award | | Total Actual Award | |
|---|---|---|---|
| Weight % | $ | % Achieved | $ |
| 100.0% | $20,150 | 0.00% | $0 |

$ $0

## Go Ahead, We're Listening

CSC Proprietary

B-1314

D-10170
CONFIDENTIAL



**CSC**

# Fiscal Year 2003 AMIP

Page 2

DANIEL ROLLINS

**MBOs**

| | Potential Award | | Actual Award | |
|---|---|---|---|---|
| | Weight % | $ | % Achieved | $ |
| | 0.0% | $0 | 0.00% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |

| | Total Potential Award | | Total Actual Award | |
|---|---|---|---|---|
| | Weight % | $ | % Achieved | $ |
| | 0.0% | $0 | 0 | $0 |

Amount       Rationale

**Total MBO Goals**

**Subjective Adjustment ($+/-)**    $0

**Bonus Amount**    $0
**% of Potential Earned**    0.00%

**Total AMIP**

Employee Signature:

Manager Signature:

*Go Ahead, We're Listening*

*CSC Proprietary*

B-1315

D-10171
CONFIDENTIAL



# CSC

## Fiscal Year 2003 AMIP

| | |
|---|---|
| Last Name | SPERATI |
| First Name | WILLIAM |
| Title | COMPUTER SCI SR |
| Employee # | |
| Business Area | GEG* |
| Department | |
| Salary Grade | S06 |

| | | |
|---|---|---|
| Employee Base Salary | | $118,248 |
| Maximum Bonus Potential | | 30% |
| Financial Weighting | 100.00% | 30.00% |
| MBO Weighting | 0.00% | 0.00% |
| Promotion by Eligible Months | | 12 |
| Cost Center | | |

| | | | | | | $35,474 |
|---|---|---|---|---|---|---|
| | | | | | | $0 |

### Financial Goals

| Measure | Description | FY02 Budget | FY02 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,038,897.00 | 0.00 | 18% | $6,385 | 0% | 0% | $0 |
| OI | TMG | 233,234.00 | 0 | 18% | $6,386 | 0% | 0% | $0 |
| Margin (XX.X%) | TMG | 7.70 | 0.00 | 18% | $6,385 | 0% | 0% | $0 |
| DSO | TMG | 49.00 | 0 | 6% | $2,128 | 0% | 0% | $0 |
| ROI | TMG | 0.00 | 0.00 | 10% | $3,547 | #Error | 0% | |
| OI | ASD | 115,745.00 | 0 | 10% | $3,547 | 0% | 0% | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| EPS | EPS | 2.76 | 0.00 | 20% | $7,095 | 0% | 0% | $0 |

REDACTED

| | Weight % | Total Potential Award $ | % Achieved | Total Actual Award |
|---|---|---|---|---|
| Total Financial Goals | 100.0% | $35,474 | 0.00% | $0 |

## Go Ahead, We're Listening

CSC Proprietary

D -10168
CONFIDENTIAL



# Fiscal Year 2003 AMIP

Page 2

WILLIAM SPERATI

**MBOs**

| | Potential Award | | Actual Award | |
|---|---|---|---|---|
| | Weight % | $ | % Achieved | $ |
| | 0.0% | $0 | 0.00% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |
| | 0.0% | $0 | 0.0% | $0 |

**Total MBO Goals**

| Total Potential Award | | Total Actual Award | |
|---|---|---|---|
| Weight % | $ | % Achieved | $ |
| 0.0% | $0 | 0 | $0 |

Rationale

Amount

$0

**Subjective Adjustment ($+/-)**

**Bonus Amount**   $0

**% of Potential Earned**   0.00%

**Total AMIP**

Employee Signature: _____

Manager Signature: _____

## Go Ahead, We're Listening

*CSC Proprietary*

B-1317

D -10169
CONFIDENTIAL