DEPOSITION EXHIBIT 51 KAH 3/2/06   PENGAD 800-631-6989

REDACTED

# Fiscal Year 2003 AMIP

| | |
|---|---|
| Last Name | CALDERON |
| First Name | HECTOR |
| Title | COMPUTER SCIENTIST |
| Employee # | |
| Business Area | CEG* |
| Department | |
| Salary Grade | S05 |

| | |
|---|---|
| Employee Base Salary | $98,008 |
| Maximum Bonus Potential | 22% |
| Financial Weighting | 100.00% |
| MBO Weighting | 0.00% |
| Proration by Eligible Months | 12 |
| Cost Center | |

| | | | | 22.00% | $21,562 |
|---|---|---|---|---|---|
| | | | | 0.00% | $0 |

## Financial Goals

| Measure | Description | FY02 Budget | FY02 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,036,897.00 | 0.00 | 18% | $3,881 | 0% | 0% | $0 |
| OI | TMG | 233,234.00 | 0 | 18% | $3,881 | 0% | 0% | $0 |
| Margin (XX.X%) | TMG | 7.70 | 0.00 | 18% | $3,881 | 0% | 0% | $0 |
| DSO | TMG | 49.00 | 0 | 6% | $1,294 | #Error | 0% | |
| ROI | TMG | 0.00 | 0.00 | 10% | $2,156 | 0% | 0% | $0 |
| OI | ASD | 115,745.00 | 0 | 10% | $2,156 | | | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| EPS | EPS | 2.76 | 0.00 | 20% | $4,312 | 0% | 0% | $0 |

| | Weight % | Total Potential Award $ | % Achieved | Total Actual Award $ |
|---|---|---|---|---|
| Total Financial Goals | 100.0% | $21,562 | 0.00% | $0 |

*Go Ahead, We're Listening*

CSC Proprietary



# Fiscal Year 2003 AMIP

DEPOSITION EXHIBIT 37 RG41 2/14/06

| Field | Value |
|---|---|
| Last Name | KEIR |
| First Name | KEVIN |
| Title | COMPUTER SCIENTIST |
| Employee # | |
| Business Area | CEG* |
| Department | |
| Salary Grade | S05 |

| Field | Value |
|---|---|
| Employee Base Salary | $103,723 |
| Maximum Bonus Potential | 22% |
| Financial Weighting | 100.00% / $22,819 |
| MBO Weighting | 0.00% / $0 |
| Proration by Eligible Months | 12 |
| Cost Center | |

## Financial Goals

| Measure | Description | FY02 Budget | FY02 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,036,897.00 | 0.00 | 18% | $4,107 | 0% | 0% | $0 |
| OI | TMG | 233,234.00 | 0 | 18% | $4,107 | 0% | 0% | $0 |
| Margin (XX.X%) | TMG | 7.70 | 0.00 | 18% | $4,107 | 0% | 0% | $0 |
| DSO | TMG | 49.00 | 0 | 6% | $1,369 | #Error | | |
| ROI | TMG | 0.00 | 0.00 | 10% | $2,282 | 0% | | |
| OI | ASD | 115,746.00 | 0 | 10% | $2,282 | | | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| EPS | EPS | 2.76 | 0.00 | 20% | $4,564 | 0% | 0% | $0 |

REDACTED

**Total Financial Goals**

| Total Potential Award | | Total Actual Award | |
|---|---|---|---|
| Weight % | $ | % Achieved | |
| 100.0% | $22,819 | 0.00% | $0 |

*Go Ahead, We're Listening*

*CSC Proprietary*

B-1319

D-10178



**CSC**

## Fiscal Year 2003 AMIP

Miller 254

| Last Name | HAUCK | | Employee Base Salary | $90,199 |
| First Name | DAWN | | Maximum Bonus Potential | 25% |
| Title | MANAGER SR | | Financial Weighting | 100.00% |
| Employee # | 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 | | MBO Weighting | 0.00% |
| Business Area | CEG | | Proration by Eligible Months | 12 |
| Department | | | Cost Center | |
| Salary Grade | S06 | | | |

### Financial Goals

| Measure | Description | FY03 Budget | FY03 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,036,897.00 | 2,634,720.00 | 18% | | | | |
| OI | TMG | 233,234.00 | 207894 | 18% | | | | |
| Margin (XX.X%) | TMG | 7.70 | 7.90 | 18% | | | | |
| DSO | TMG | 49.00 | 52 | 6% | | | | |
| ROI | TMG | 6.60 | 5.70 | 10% | | | | |
| OI | ASD | 115,745.00 | 132074 | 10% | | | | |
| | | | | 0% | | | | |
| | | | | 0% | | | | |
| | | | | 0% | | | | |
| EPS | EPS | 2.76 | 2.56 | 20% | | | | |

**Total Financial Goals**

| | Weight % | Total Potential Award $ | | % of Potential Earned | Total Actual Award $ |
|---|---|---|---|---|---|
| | 100.0% | $22,550 | | | $19,823 |

*Go Ahead, We're Listening*

CSC Proprietary

B-1320


DEPOSITION EXHIBIT 60 KAH3/4

# FY02 AMIP Worksheet
Version 1.1

**Name:** Dawn Hauck
**Salary:** $ 87,360.00
**Potential:** 25%

| Measure | Potential Bonus Calculation | | | | Earned | |
|---|---|---|---|---|---|---|
| | Potential Breakdown | % of Base Salary | Bonus Amount | Subtotal/Total | | |
| **Financial Objectives** | 40.0% | 10.0% | $ 8,736 | | 0.0% | $ - |
| Group Revenue | 6.3% | 1.3% | $ 1,165 | $ 8,736 | 0.0% | $ - |
| Group Operating Income $ | 6.3% | 1.3% | $ 1,165 | | 0.0% | $ - |
| Group Operating Margin % | 10.7% | 2.7% | $ 2,331 | | 0.0% | $ - |
| Group DSO | 6.3% | 1.3% | $ 1,165 | | 0.0% | $ - |
| GS Financials | 13.3% | 3.3% | $ 2,909 | | | |
| **Individual Objectives** | 60.0% | 15.00% | $ 13,104 | $ 13,104 | 55.5% | $ 12,776.00 |
| **Total Potential Bonus** | 25.0% | 25.0% | $ 21,840 | $ 21,840 | 58.5% | $ 12,776.00 |

## PERFORMANCE EVALUATION

### SPECIFIC MANAGEMENT OBJECTIVES

| | Result (1-10) | Weighting | Max Category Potential | Max Category Award | Award % Earned | Award $ Earned | Potential % Earned |
|---|---|---|---|---|---|---|---|
| 1 **Grow the Business** — Achieve GSNA financial objectives in total and for direct responsibility | | 10% | 6% | $2,184.00 | 100.0% | $2,184.00 | 6.0% |
| | | | 0% | $0.00 | 0.0% | $0.00 | 0.0% |
| 2 **Collaborate** — Give a specific area that supports collaboration and is measureable Develop/document common Portfolio processes, policies, information, and checklists in the "Portfolio Management for Dummies" document | ⑨ | 20% | 12% | $4,368.00 | 95.0% | $4,149.60 | 11.4% |
| 3 **Our Clients - Customer Satisfaction** (measurable and sustained improvement) Successfully manage Sourcing Demand Forecast; implement improved demand/delivery reporting process | | 20% | 12% | $4,368.00 | 100.0% | $4,368.00 | 12.0% |
| 4 **Our Clients - Service Delivery** (implement & institutionalize standard process & procedures) Achieve CMM Level 3 by FY end (a must for all participants) | ⑩ | 10% | 6% | $2,184.00 | 95.0% | $2,074.80 | 5.7% |
| 5 **Our Clients - Value added services** (solutions and services that differentiate) | | | 0% | $0.00 | 0.0% | $0.00 | 0.0% |
| | | | 0% | $0.00 | 0.0% | $0.00 | 0.0% |
| 6 **Our People - Retain, attract, and develop people; employee satisfaction** (build capability) | | | 0% | $0.00 | 0.0% | $0.00 | 0.0% |
| 7 **Our Shareholders - Meet our commitments and manage our business** (achieve financials) Use 1 above | | | 0% | $0.00 | 0.0% | $0.00 | 0.0% |
| 8 **Our Shareholders - Build CSC Capability** (catalyze CSC growth through collaboration) Use 1 and 2 above | | | 0% | $0.00 | 0.0% | $0.00 | 0.0% |
| **TOTAL** | | 60% | 36% | $13,104.00 | 98.3% | $12,776.40 | 35.1% |
| | | | | | | $-327.60 | -2.50% |

## ACKNOWLEDGMENT AND AGREEMENT
I understand and agree with the specific financial and MBO goals outlined in this document. I must be an employee of CSC on the date AMIPs are paid (normally May) to be eligible to receive an AMIP bonus.

Participant: _____ Date: _____

Manager: _____ Date: _____

Miller 252

B-1321

DEPOSITION EXHIBIT 45 KAH 2/17/06   PENGAD 800-631-6989

# Annual Management Incentive Program (AMIP) FY02

| Employee Name: | Ashby Lincoln | Employee No.: | 223529791 | | Maximum Bonus Potential | 19,900 |
| --- | --- | --- | --- | --- | --- | --- |
| Department: | 632 | Cost Centre: | CC | | Split: Financial Goals 75.00% | 14,925 |
| Fiscal Year: | 2002 | Currency: | $ | | Team & Individual Goals 25.00% | 4,975 |
| Employee's Base Salary: | 99,500 | | | | Proration by eligible months 12 | |

## FINANCIAL OBJECTIVES

| # | Measure | Description | Budget | Actual | Achievement Percentage | Payout Percentage | PERFORMANCE EVALUATION | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Potential Award Weight % | $ | Actual Award $ |
| 1 | EPS | Earnings Per Share | $2.10 | | | | 26.67% | 3,980 | |
| 2 | Cost Budget | GIS Regional Americas | $1,443.2M | | | | 33.33% | 4,975 | |
| 3 | Cost Budget | GIS Global | $2,237.5M | | | | 40.00% | 5,970 | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| | | | | | TOTAL | | 100.00% | 14,925 | |
| | | | | | Balance remaining to allocate | | | | |

**Managers Comments**

## TEAM AND INDIVIDUAL OBJECTIVES

| | Team | PERFORMANCE EVALUATION | | | |
| --- | --- | --- | --- | --- | --- |
| | | Potential Award Weight % | $ | % Achieved | Actual Award $ |
| 1 | Provide New Technical Statement of Direction on a monthly basis | 10.00% | 498 | | |
| 2 | Provide Leveraged Support to Other Chemical Groups | 10.00% | 498 | | |
| 3 | Ensure proper FTE count is billed to DuPont. Leveraged remaining resources to NES Organizations | 10.00% | 498 | | |
| 4 | Ensure NES DuPont organizations follow standards and procedures in support of all regions | 10.00% | 498 | | |
| | **Individual** | | | | |
| 1 | Provide leadership to ensure deployment of Aventail in support of DuPont Europe | 10.00% | 498 | | |
| 2 | Provide leadership to ensure deployment of Provance in support of DuPont seat billing and asset mana | 10.00% | 498 | | |
| 3 | Provide leadership in creating billing and New Business opportunities for CSC. | 20.00% | 995 | | |
| 4 | Customer satisfaction to the highest degree possible. Continued and ongoing good Customer relation | 20.00% | 995 | | |
| | TOTAL | 100.00% | 4,978 | | |
| | Balance remaining to allocate | | | | |

## ACKNOWLEDGEMENT

I understand and support the specific financial goals as outlined this document, and further I will support every effort to see that we are able to exceed all of the above goals again this year.

| Participant: | Ashby Lincoln/Ashby Lincoln | Date: |
| --- | --- | --- |
| Manager: | | Date: |
| Senior Manager: | | Date: |

### TOTAL AWARD EARNED

| Award Based On Financial Performance | Total | |
| --- | --- | --- |
| Award Based On Team and Individual Objectives | Total | |
| | Total Bonus | $ |

| Payment Authorised: | | |
| --- | --- | --- |
| Manager | | Date: |
| Director/VP | | Date: |

# CSC — Fiscal Year 2003 AMIP

DEPOSITION EXHIBIT 22  KAH 12/3/06

| Field | Value |
|---|---|
| Last Name | PETERSON |
| First Name | ROBERT |
| Title | MANAGER |
| Employee # | 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 |
| Business Area | CEG |
| Department | |
| Salary Grade | S05 |

| | Value |
|---|---|
| Employee Base Salary | $102,043 |
| Maximum Bonus Potential | 30% |
| Financial Weighting | 100.00% |
| MBO Weighting | 0.00% |
| Proration by Eligible Months | 12 |
| Cost Center | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | $30,613 | |
| | | | | | $0 | |

## Financial Goals

| Measure | Description | FY03 Budget | FY03 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,036,897.00 | 2,634,720.00 | 18% | $5,510 | 87% | 74% | $4,078 |
| OI | TMG | 233,234.00 | 207894 | 18% | $5,510 | 89% | 78% | $4,298 |
| Margin (XX.X%) | TMG | 7.70 | 7.90 | 18% | $5,510 | 103% | 106% | $5,841 |
| DSO | TMG | 49.00 | 62 | 6% | $1,837 | 94% | 88% | $1,616 |
| ROI | TMG | 6.60 | 6.70 | 10% | $3,061 | 86% | 72% | $2,204 |
| OI | ASD | 115,745.00 | 132074 | 10% | $3,061 | 114% | 132% | $4,047 |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| EPS | EPS | 2.76 | 2.56 | 20% | $6,123 | 93% | 82% | $5,028 |

### Total Financial Goals

| Total Potential Award | | Total Actual Award | |
|---|---|---|---|
| Weight % | $ | % of Potential Earned | $ |
| 100.0% | $30,613 | 86.57% | $27,113 |

*Go Ahead, We're Listening*

CSC Proprietary

B-1323


DEPOSITION EXHIBIT 32

## CSC — Fiscal Year 2003 AMIP

| Field | Value |
|---|---|
| Last Name | MILLER |
| First Name | BRIAN |
| Title | MANAGER SR |
| Employee # | |
| Business Area | CEG |
| Department | |
| Salary Grade | S06 |

| Field | Value |
|---|---|
| Employee Base Salary | $102,781 |
| Maximum Bonus Potential | 25% |
| Financial Weighting | 100.00% |
| MBO Weighting | 0.00% |
| Proration by Eligible Months | 12 |
| Cost Center | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 25.00% | | $25,695 |
| | | | | | | 0.00% | | $0 |

### Financial Goals

| Measure | Description | FY02 Budget | FY02 Actual | Potential Weight % | Potential $ | % Achieved | Payout % | Actual Award $ |
|---|---|---|---|---|---|---|---|---|
| Revenue | TMG | 3,036,897.00 | 0.00 | 18% | $4,625 | 0% | 0% | $0 |
| OI | TMG | 233,234.00 | 0 | 18% | $4,625 | 0% | 0% | $0 |
| Margin (XX.X%) | TMG | 7.70 | 0.00 | 18% | $4,625 | 0% | 0% | $0 |
| DSO | TMG | 49.00 | 0 | 6% | $1,542 | #Error | | |
| ROI | TMG | 0.00 | 0.00 | 10% | $2,570 | 0% | | |
| OI | ASD | 115,745.00 | 0 | 10% | $2,570 | 0% | | |
| | | | | 0% | $0 | | | |
| | | | | 0% | $0 | | | |
| EPS | EPS | 2.76 | 0.00 | 20% | $5,139 | 0% | 0% | $0 |

REDACTED

**Total Financial Goals**

| Total Potential Award | | Total Actual Award | |
|---|---|---|---|
| Weight % | $ | % Achieved | $ |
| 100.0% | $25,695 | 0.00% | $0 |

*Go Ahead, We're Listening*

CSC Proprietary

B-1324
D-10174



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON; CHARLES FOLWELL; ROLLAND GREEN; DAWN M. HAUCK; KEVIN KEIR; ASHBY LINCOLN; KAREN MASINO; ROBERT W. PETERSON; SUSAN M. POKOISKI; DAN P. ROLLINS; and WILLIAM SPERATI, <br><br> Plaintiffs, <br><br> v. <br><br> COMPUTER SCIENCES CORPORATION, a Delaware Corporation, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, hereby certify that on June 8, 2006 one copy of the *Appendix To Plaintiff's Answering Brief In Opposition To Defendant's Motion For Summary Judgment* was delivered via U.S. Mail, postage prepaid, to the following:

Larry R. Seegull
DLA PIPER RUDNICK
GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209

Sarah E. DiLuzio
POTTER ANDERSON & CORROON LLP
1313 North Market Street 6th Floor, P. O. Box 951
Wilmington, Delaware 19801

MARGOLIS EDELSTEIN

/s/ Timothy J. Wilson
Timothy J. Wilson, Esquire (DE #4323)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorney for Plaintiffs