

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

MAJA A. MURPHY, PARALEGAL
mmurphy@margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

June 9, 2006

Attn: Clerk of the Court
District of Delaware
844 North King Street, Rm 4209
Lock Box 18
Wilmington, DE 19801

    **RE:**    Miller v. CSC
            C.A. No. 05-010(JJF)

To Whom It May Concern:

    We inadvertently omitted the attached documents from the Appendix to Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment filed on June 8, 2006.

    We have already sent the following documents to Defendant's counsel: B-1292 through B-1302.

    We apologize for any inconvenience this may have caused, and we are available at the convenience of the court to address any questions or concerns.

                                 Very truly yours,

                                 Maja A. Murphy, Paralegal

:mam