IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>          Defendant. | Civil Action No. 05-010-JJF |

### DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER

Defendant, Computer Sciences Corporation ("CSC"), by and through its attorneys and pursuant to Fed. R. Civ. P. 15(a), hereby moves for leave to file its First Amended Answer. The grounds for this motion are set forth in the accompanying Memorandum in Support of Defendant's Motion for Leave to File Amended Answer.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion For Leave To File Amended Answer.

POTTER ANDERSON & CORROON LLP

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 658-1192 (fax)
sdiluzio@potteranderson.com

Of counsel:
Larry R. Seegull
Linda M. Boyd
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue

Baltimore, Maryland  21209
(410) 580-3000 (general)
(410) 580-4253 (direct)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

Counsel for Defendant
*Computer Sciences Corporation*

Dated: June 15, 2006

737196

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on June 15, 2006, I electronically filed true and correct copies of **DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@marolisedelstein.com

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

737196