IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>   Defendant. | Civil Action No. 05-010-JJF |

## LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Defendant Computer Sciences Corporation certifies that opposing counsel was contacted in an effort to reach agreement on the matters set forth in this Motion. Counsel for Plaintiff was unwilling to agree to the amendment requested.

          POTTER ANDERSON & CORROON LLP

          */s/ Sarah E. DiLuzio*
          Sarah E. DiLuzio (#4085)
          1313 North Market Street
          6th Floor, P.O. Box 951
          Wilmington, Delaware 19801
          (302) 984-6000 (general)
          (302) 658-1192 (fax)
          sdiluzio@potteranderson.com

          Of counsel:
          Larry R. Seegull
          Linda M. Boyd
          DLA PIPER RUDNICK GRAY CARY US LLP
          6225 Smith Avenue
          Baltimore, Maryland 21209
          (410) 580-3000 (general)
          (410) 580-3253 (fax)
          larry.seegull@dlapiper.com

          Counsel for Defendant
           *Computer Sciences Corporation*