IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMPUTER SCIENCES CORPORATION, <br><br> Defendant. | Civil Action No. 05-010-JJF |

### ORDER

The Court, having considered Computer Sciences Corporation's Motion for Leave to File its First Amended Answer, IT IS HEREBY ORDERED this _____ day of _____, 2006, that the motion is GRANTED and the amended pleading is deemed filed and served as of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE