IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER; HECTOR CALDERON;<br>CHARLES FOLWELL; ROLLAND GREEN;<br>DAWN M. HAUCK; KEVIN KEIR;<br>ASHBY LINCOLN; KAREN MASINO;<br>ROBERT W. PETERSON; SUSAN M. POKOISKI;<br>DAN P. ROLLINS; and WILLIAM SPERATI,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br>a Delaware Corporation,<br><br>Defendant. | : <br> : <br> : <br> : <br> : <br> : C.A. No. 05-010-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## PROPOSED ORDER

IT IS HEREBY ORDERED that the Defendant's Motion to Amends its Answer is DENIED.

Dated:_____


_____
The Honorable Joseph J. Farnan