

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

July 10, 2006

**VIA ELECTRONIC FILING / HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:   *Miller v. Computer Sciences Corporation*,
            C.A. No. 05-010-JJF

Dear Judge Farnan:

    Enclosed are the submissions listed below, in triplicate with diskette (WordPerfect and Word format), which were filed with the Court on July 10, 2006:

    Defendant's Proposed Voir Dire Questions [D.I. 111];

    Defendant's Proposed Special Verdict Form [D.I. 112]; and

    Defendant's Proposed Jury Instructions (Preliminary and Final) [D.I. 113].

                                              Respectfully submitted,

                                              /s/ *David E. Moore*

                                              David E. Moore

DEM/nmt/740337
Enclosures
cc:   Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail w/o enclosures)