IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN MILLER, et al.,          :
                               :
        Plaintiffs,            :
                               :
   v.                          :   Civil Action No. 05-10-JJF
                               :
COMPUTER SCIENCES CORP.,       :
                               :
        Defendant.             :

### ORDER

At Wilmington, the 14 day of July 2006, for the reasons stated in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion For Summary Judgment (D.I. 97) is **DENIED**.

2. Defendant's Motion For Leave To File An Amended Answer (D.I. 105) is **DENIED**.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT COURT