IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-10-JJF |
| COMPUTER SCIENCES CORP., | : |
| Defendant. | : |

### ORDER

WHEREAS, the Court conducted a pretrial conference on July 13, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that a jury trial shall commence on **January 22, 2007 at 9:30am** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

July 17, 2006

_____
UNITED STATES DISTRICT JUDGE