IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-10-JJF |
| COMPUTER SCIENCES CORP., | : |
| Defendant. | : |

### ORDER

At Wilmington this **15th** day of **August, 2006**,

IT IS ORDERED that the continued mediation has been scheduled for **Monday, August 28, 2006 beginning at 10:00 a.m.  Dress for the mediation is casual.** There shall be no further submissions of the parties.  All other provisions of the Court's August 8, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE