IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN MILLER, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-10-JJF |
| COMPUTER SCIENCES CORP., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **6th** day of **December, 2006**,

On August 28, 2006 during a third mediation conference, the above-captioned matter was settled. At that time, counsel understood and represented that the dismissal documents would be presented to the court, at the latest, by mid-October. Further, on November 1, 2006, the court emailed counsel regarding the status of finalization of the settlement and inquired whether there were any problems. The court was advised that settlement was proceeding and there were no present difficulties and none on the horizon. It is now almost mid-December and no dismissal documents have been filed. Therefore,

IT IS ORDERED that counsel for the parties shall appear before the Magistrate Judge on **Thursday, December 14, 2006 at 3:00 p.m.** No later than **Tuesday, December 12, 2006**, each counsel shall submit a letter, **which shall not be filed with the Clerk's Office**, advising of the status of the settlement documents and outlining any problems, disputes or concerns with the language of the settlement documents. The letter

shall be **double spaced, 12 point font** and no longer than **three (3) pages**.  The letter may be hand-delivered, faxed or forwarded by email to the Magistrate Judge's chambers, but shall be submitted **no later than 4:30 p.m. on December 12, 2006.**

   Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

             /s/ Mary Pat Thynge
             UNITED STATES MAGISTRATE JUDGE