IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>            Defendant. | Civil Action No. 05-010-JJF |

## LINE REGARDING CHANGE OF FIRM NAME

Please take notice that the name of undersigned counsel's law firm has been changed from DLA Piper Rudnick Gray Cary US LLP to DLA Piper US LLP.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

 /s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6279 (direct)
(302) 658-1192 (fax)
sdiluzio@potteranderson.com

Larry R. Seegull (admitted pro hac vice)
Linda M. Boyd (admitted pro hac vice)
DLA PIPER U.S. LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-4253 (direct)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on February 1, 2007, I electronically filed a true and correct copies of **DEFENDANT'S LINE REGARDING CHANGE OF FIRM NAME** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@marolisedelstein.com

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware  19899-0951
Tel:  (302) 984-600
E-mail:  sdiluzio@potteranderson.com