**SEALED DOCMMENT**