IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>    Defendant. | Civil Action No. 05-010-JJF<br><br>PUBLIC VERSION |

## DEFENDANT'S STATUS REPORT

Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 984-6279 (direct)
(302) 658-1192 (fax)
sdiluzio@potteranderson.com

Of counsel:
Larry R. Seegull
Linda M. Boyd
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland  21209
(410) 580-3000 (general)
(410) 580-4253 (direct)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

Counsel for Defendant
*Computer Sciences Corporation*

Dated: February 2, 2007
Public Version Dated: February 6, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br>      Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br>      Defendant. | Civil Action No. 05-010-JJF<br><br>**PUBLIC VERSION** |

## DEFENDANT'S STATUS REPORT

Defendant Computer Sciences Corporation ("CSC"), by and through its undersigned counsel, hereby submits this Status Report and states as follows:

1. ███████████████████████████████████
███████████████████████████████████
███

2. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████

3. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████

4. ███████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████

5. ███████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████

6. ███████████████████████████████
███████

7. ███████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████

8. ███████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████



Respectfully submitted,

POTTER ANDERSON & CORROON LLP

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6279 (direct)
(302) 658-1192 (fax)
sdiluzio@potteranderson.com

Of Counsel:
Larry R. Seegull
Linda M. Boyd
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland  21209
(410) 580-3000 (general)
(410) 580-4253 (direct)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

Counsel for Defendant
*Computer Sciences Corporation*

Date: February 2, 2007
**Public Version Dated: February 6, 2007**

3

**CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify that on February 2, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF:

**By U.S. Mail**

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@marolisedelstein.com

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on February 6, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF:

**By U.S. Mail**

Jeffrey K. Martin, Esq.
Timothy J. Wilson, Esq.
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@marolisedelstein.com

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com