IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMPUTER SCIENCES CORPORATION, <br> Defendant. | Civil Action No. 05-010-JJF <br><br> **PUBLIC VERSION** |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER**

Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000 (general)
(302) 658-1192 (fax)
sdiluzio@potteranderson.com

Of counsel:
Larry R. Seegull
Linda M. Boyd
DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (general)
(410) 580-4253 (direct)
(410) 580-3253 (fax)
larry.seegull@dlapiper.com

Counsel for Defendant
*Computer Sciences Corporation*

Date: February 1, 2007
**Public Version Dated: February 6, 2007**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>    Defendant. | Civil Action No. 05-010-JJF<br><br>**PUBLIC VERSION** |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER**

Defendant, Computer Sciences Corporation, ("CSC") and Plaintiffs, Brian Miller, Hector Calderon, Charles Folwell, Dawn M. Hauck (also known as Dawn Nichols)[1], Kevin Keir, Ashby Lincoln, Karen Masino, Robert W. Peterson, Susan M. Pokoiski, Dan P. Rollins and William Sperati (collectively, "Plaintiffs"), by their undersigned counsel, submit this Joint Motion For Entry of Consent Order. ███████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
████████████████

---

[1] Ms. Nichols was married during the litigation of Plaintiffs' Lawsuit. Her former name, and the name listed on Plaintiffs' Complaint and in subsequent filings, was Dawn M. Hauck.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion For Entry of Consent Order and enter a Consent Order in the attached proposed form.

| MARGOLIS EDELSTEIN | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Timothy J. Wilson<br>Timothy J. Wilson, Esq. (#4323)<br>MARGOLIS EDELSTEIN<br>1509 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 777-4680 (phone)<br>(301) 777-4682 (fax)<br>twilson@margolisedelstein.com<br><br>Attorney for Plaintiffs | /s/ Sarah E. DiLuzio<br>Sarah E. DiLuzio (#4085)<br>David E. Moore (#3983)<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>6th Floor, P.O. Box 951<br>Wilmington, Delaware 19801<br>(302) 984-6000 (general)<br>(302) 984-6279 (direct)<br>(302) 658-1192 (fax)<br>sdiluzio@potteranderson.com<br><br>Larry R. Seegull (admitted pro hac vice)<br>Linda M. Boyd (admitted pro hac vice)<br>DLA PIPER U.S. LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>(410) 580-3000 (general)<br>(410) 580-4253 (direct)<br>(410) 580-3253 (fax)<br>larry.seegull@dlapiper.com<br><br>Attorneys for Defendant,<br>*Computer Sciences Corporation* |

Dated: February 1, 2007
**Public Version Dated: February 6, 2007**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN MILLER, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>   Defendant. | Civil Action No. 05-010-JJF<br><br>**PUBLIC VERSION** |

## CONSENT ORDER

This matter comes before the Court on the Complaint filed by Plaintiffs Brian Miller, Hector Calderon, Charles Folwell, Dawn M. Hauck (also known as Dawn Nichols)[1], Kevin Keir, Ashby Lincoln, Karen Masino, Robert W. Peterson, Susan M. Pokoiski, Dan P. Rollins and William Sperati (collectively, "Plaintiffs"), and upon the consent of Defendant, Computer Sciences Corporation ("CSC"), the Court hereby finds that:

 A. ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

---

[1] Ms. Nichols was married during the litigation of Plaintiffs' Lawsuit. Her former name, and the name listed on Plaintiffs' Complaint and in subsequent filings, was Dawn M. Hauck.

███████████████████████████████████████
██

  B. ████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████

NOW THEREFORE, it is this ___ day of _____, 2007, hereby ORDERED that:

  1. █████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████

  2. This Order constitutes a final judgment and Plaintiffs' claims for damages are hereby dismissed with prejudice, all Parties to bear their own attorneys' fees and costs.

  3. This Court shall retain jurisdiction of this matter for the purpose of enabling CSC to apply to the Court at any time for such further orders or directives as

2

may be necessary or appropriate for the interpretation or modification of this Order, for the enforcement of compliance therewith, or the punishment of violations thereof.

_____
United States District Court Judge